UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,  Case No. 6:24-mj-2118-DCI

    Plaintiff, ☐
    Government ☒

☐ Evidentiary
☐ Trial
☒ Other

v.

MICHAEL SCHEUER

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 11/5/24 | 11/5/24 ✓ | | | Screenshot of defendant's virtual computer desktop |
| 2 | | ✓ | | | Screenshot of contents of "dox" folder |
| 3 | | ✓ | | | Template of threat letter |
| 4 | | ✓ | | | Email chain (beginning 10/21/24), and attachment |
| 5 | | ✓ | | | Video of Ring doorbell camera footage |
| 6 | | ✓ | | | Email chain (beginning 10/22/24) |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

Case No.:                                                  Page 2 of 2 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 7 | 11/5/24 | ✓ 11/5/24 | | | Petition for Injunction Against Stalking, filed by Victim AG, in Orange County Circuit Court |
| 8 | | ✓ | | | Petition for Injunction against Stalking, filed by Victim DP, in Osceola County Circuit Court |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |