U.S. District Court
Middle District of Florida
Orlando Division

## GOVERNMENT EXHIBIT

Exhibit No.: __2__

Case No.: 6:24-mj-2118-DCI

UNITED STATES OF AMERICA

vs.

MICHAEL SCHEUER

Date Identified: 11/5/24

Date Admitted: 11/5/24

