Attorney's
Middle District of Florida

USA:
Robert Sowell

Date:
11/1/2024

LIMITED OFFICIAL USE

11/4/24

**EXHIBIT**
U.S. v. MICHAEL SCHEUER
6:24-MJ-2118-DCI

Ex 5