Middle District of Florida
Orlando Division

## GOVERNMENT EXHIBIT

Exhibit No.: **7**

Case No.: 6:24-mj-2118-DCI

UNITED STATES OF AMERICA

vs.

MICHAEL SCHEUER

Date Identified: 11/5/24

Date Admitted: 11/5/24

IN THE CIRCUIT COURT OF THE __9th__ JUDICIAL CIRCUIT,
IN AND FOR __Orange__ COUNTY, FLORIDA

▮, Petitioner,

Case No.: __2024 DR 010881-O__
Division: __41__

and

__Michael Schaser__,
Respondent.

## PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING

I, {full legal name} ▮, declare under penalties of perjury, that the following statements are true:

**SECTION I. PETITIONER**
(This section is about you. It must be completed; however, if you require that your address be confidential for safety reasons, you should complete and file a Request for Confidential Filing of Address, Florida Supreme Court Approved Family Law Form 12.980(h), and write "confidential" in the space provided on this form for your address and telephone number.)

1. Petitioner resides at the following address: {address, city, state, zip code} ▮.

   {Indicate if applicable}
   ☐ Petitioner seeks an injunction for protection on behalf of a minor child. Petitioner is the parent or legal guardian of {full legal name} _____, a minor child who is living at home.

2. Petitioner's attorney's name, address, and telephone number is: __none__
   (If you do not have an attorney, write "none.")

**SECTION II. RESPONDENT**
(This section is about the person you want to be protected from. It must be completed.)

1. Respondent resides at the following address: {provide last known street address, city, state, and zip code}
   __6193 Cypress Hill Rd Winter Garden FL 34787__.

2. Respondent's last known place of employment: __Walt Disney World__
   Employment address: __2613 Bonnet Creek Rd Lake Buena Vista FL 32830__
   Working hours of Respondent: __N/A__

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (06/24)

1

3. Physical description of Respondent:
   Race: White    Sex: Male ☐ Female ☑    Date of Birth: unknown
   Height: unk    Weight: unk    Eye Color: unknown    Hair Color: Blonde/Brown
   Distinguishing marks and/or scars: N/A
   Vehicle: (make/model) Hyundai    Color: Silver    Tag Number (if known) Y4H 2D9

4. Other names Respondent goes by (aliases or nicknames): N/A

5. Respondent's attorney's name, address, and telephone number is: unknown
   (If you do not know whether Respondent has an attorney, write "unknown." If Respondent does not have an attorney, write "none.")

**SECTION III. CASE HISTORY AND REASON FOR SEEKING PETITION** (This section must be completed.)

1. Has Petitioner ever received or tried to get an injunction for protection against stalking against Respondent in this or any other court?
   ☐ Yes ☑ No    If yes, what happened in that case? {Include case number, if known} _____

2. Has Respondent ever received or tried to get an injunction for protection against stalking against Petitioner in this or any other court?
   ☐ Yes ☑ No    If yes, what happened in that case? {Include case number, if known} _____

3. Describe any other court case that is either going on now or that happened in the past between Petitioner and Respondent {Include case number, if known}: Federal criminal trial for computer crimes + witness intimidation is beginning

4. Petitioner is a victim of stalking because Respondent has: {please mark all sections that apply}
   
   a. ☑ Committed stalking;
   
   b. ☑ Previously threatened, harassed, stalked, cyberstalked, or physically abused the Petitioner;
   
   c. ☑ Threatened to harm Petitioner or family members or individuals closely associated with Petitioner;
   
   d. ☐ Intentionally injured or killed a family pet;
   
   e. ☐ Used, or threatened to use, against Petitioner any weapons such as guns or knives;
   
   f. ☐ A criminal history involving violence or the threat or violence, if known;
   
   g. ☐ Another order of protection issued against him or her previously from another jurisdiction, if known;
   
   h. ☐ Destroyed personal property, including, but not limited to, telephones or other communication equipment, clothing, or other items belonging to Petitioner.

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (06/24)

2

5. Below is a description of the specific incidents of stalking or cyberstalking: *(for cyberstalking, please include a description of all evidence of contacts and/or threats made by Respondent in voice messages, texts, emails, or other electronic communication)*
   On *(dates)* ~~9~~ 10/22/24 _____ the following incidents of stalking occurred at the following locations: *(the locations may include, but need not be limited to, a home, school, or place of employment)*
   Michael was at my house and walked up to my door, looked at a package and gave a "thumbs up" to my video doorbell [illegible] before walking away. Before walking up he was doing something at waist level in the passenger seat of his car. I believe he had intent to harm me or my husband.

   [✓] Please indicate here if you are attaching additional pages to continue these facts.

6. **Additional Information**
   [✓] Respondent owns, has, and/or is known to have guns or other weapons.
   Describe weapon(s) and where they may be located, if known: FBI confirmed they are aware of at least 1 gun.

**SECTION IV. INJUNCTION** *(This section must be completed.)*

1. Petitioner asks the Court to enter a **TEMPORARY INJUNCTION** for protection against stalking that will be in place from now until the scheduled hearing in this matter, which will immediately restrain Respondent from committing any acts of stalking, and which will provide any terms the Court deems necessary for the protection of a victim of stalking, including any injunctions or directives to law enforcement agencies.

2. Petitioner asks the Court to enter, after a hearing has been held on this petition, a **FINAL JUDGMENT** for protection against stalking prohibiting Respondent from committing any acts of stalking against Petitioner and:
   a. prohibiting Respondent from going to or within 500 feet of any place Petitioner lives, or to any specified place regularly frequented by Petitioner and any named family members or individuals closely associated with Petitioner: [redacted]
   b. prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment or the school that Petitioner attends; the address of Petitioner's place(s) of employment and/or school is: Walt Disney World
   c. prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing, through another person, or in any other manner;
   d. ordering Respondent that he or she shall not have in his or her care, custody, possession, or control any firearm or ammunition;
   e. prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's motor vehicle, whether or not that vehicle is occupied;

3. Petitioner asks the Court to enter any other terms it deems necessary to protect Petitioner from stalking by Respondent.

**I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION,**

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (06/24)

3

Previously the respondent has interfered with access to my accounts at work and accessed company data after his separation. This is the topic of an FBI investigation where Michael was taken into custody on 10/23/24. His access & modification of data, and denial of service attacks, and visiting my home are a result of me firing him after a workplace incident.

Fired - June 12, 2024
1st Known incident with company system - 7/3/24
Denial of Service - ~ Labor Day 2024
2nd Known incident of company data - September 2024

July - Emailed list of demands.

Since the July incident & email I have been emotionally stressed wondering what else he will do to harm me, my career, or reputation. I spent many hours locking my credit and changing passwords.

September 11th I received 10+ contacts from insurance companies for home or life insurance. I did not request these. I contacted them and the quotes/requests were made using my name, address, phone # and an "aaron.mail" email address. The FBI found evidence on Mike's laptop that he had gathered my parent information in been verified.

**THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING. I UNDERSTAND THAT IF EITHER RESPONDENT OR I FAIL TO APPEAR AT THE FINAL HEARING, WE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED AT THAT HEARING.**

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE. I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTIES OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 92.525, FLORIDA STATUTES.**

Dated: 10/24/24



**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in all blanks] This form was prepared for the: {choose only one} (  ) Petitioner (  ) Respondent
This form was completed with the assistance of:
{name of individual} _____,
{name of business or individual} _____,
{address} _____,
{city} _____,{state},_____ {telephone number} _____.
{email address} _____.

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (06/24)

4