U.S. District Court
Middle District of Florida
Orlando Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 8

Case No.: 6:24-mj-2118-DCI

UNITED STATES OF AMERICA

vs.

MICHAEL SCHEUER

Date Identified: _____

Date Admitted: _____



# Electronically Certified Court Record

(Cover Page)

This cover page is for informational purposes only and is not a requirement when presenting the Electronic Certified Document. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

| | |
|---|---|
| **Agency Name:** | Osceola County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Kelvin Soto, Esq. |
| **Date Issued:** | 10/25/2024 4:52:40 PM |
| **Unique Reference Number:** | CAA-CACABBAIBJABCG-BCAJH-FIEEHHBF-BACGFDG-F |
| **Case Number:** | 492024DR003949XXXAXA |
| **Case Docket:** | PETITION FOR INJUNCTION AGAINST STALKING |
| **Requesting Party Code:** | 20201108190126 |
| **Requesting Party Reference:** | ▮▮▮▮▮@AOL.COM |

**HOW TO VERIFY THIS DOCUMENT:**

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper-evident seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Osceola County Clerk of the Circuit Court. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://Verify.Clerkecertify.com/VerifyImage to learn more about validating this certified copy.



IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR OSCEOLA COUNTY, FLORIDA

Case No.: 2024  DR 3949 HV
Division: DOMESTIC

FILED IN OFFICE
CLERK OF COURT
OSCEOLA COUNTY, FL
10/25/2024 2:55 pm
KELVIN SOTO, ESQ.
CLERK OF CIRCUIT COURT
AND COUNTY COMPTROLLER

███████████████
Petitioner,

and

MICHAEL SCHEUER
Respondent,

# PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING

I, {full legal name} ████████████████████████████, being sworn, certify that the following statements are true:

## SECTION I. PETITIONER

(This section is about you. It must be completed; however, if you require that your address be confidential for safety reasons, you should complete and file a Request for Confidential Filing of Address, Florida Supreme Court Approved Family Law Form 12.980(h), and write confidential in the space provided on this form for your address and telephone number.)

1. Petitioner resides at the following address: {address, city, state, zip code} ████████████████████████

   {Indicate if applicable}
   **N/A** Petitioner seeks an injunction for protection on behalf of a minor child. Petitioner is the parent or legal guardian of {full legal name} **N/A**, a minor child who is living at home.

2. Petitioner's attorney's name, address, and telephone number is: _____
   **NONE**
   (If you do not have an attorney, write "none.")

## SECTION II. RESPONDENT

(This section is about the person you want to be protected from. It must be completed.)

1. Respondent resides at the following address: {provide last known street address, city, state, and zip code}   **6413 CYPRUS HILL RD., WINTER GARDEN, FL 34787**

2. Respondent's last known place of employment: **Not Provided**
   Employment address: **Not Provided**
   Working hours of Respondent: **Not Provided**

3. Physical description of Respondent:
   Race: **WHITE**   Sex: Male ✓ Female ☐   Date of Birth: **Not Provided**
   Height: **Not Pro** Weight: **Not Pro** Eye Color **Not Provided**   Hair Color: **Not Provided**
   Distinguishing marks or scars: **Not Provided**
   Vehicle: (make/model) **Not Provided**   **N/A**   Color: **Not Provided**   Tag Number: **Not Provided**

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (08/23)

1

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH OSCEOLA COUNTY CLERK OF THE CIRCUIT COURT.

VISIT WWW.OSCEOLACLERK.COM/HOME/CONTENT/ECERTIFY TO VALIDATE THIS DOCUMENT.

Digitally signed by kelvin soto
Date: 2024.10.25 16:52:42 -04:00
Reason: Electronic Certified Copy
Location: 2 Courthouse Square, Kissimmee, FL 34741

Unique Code : CAA-CACABBAIBJABCG-BCAJH-FIEEHHBF-BACGFDG-F Page 1 of 5

4. Other names Respondent goes by (*aliases or nicknames*):
   MIKE

5. Respondent's attorney's name, address, and telephone number is: _____
   UNKNOWN
   (If you do not know whether Respondent has an attorney, write unknown. If Respondent does not have an attorney, write none.)

**SECTION III. CASE HISTORY AND REASON FOR SEEKING PETITION** (This section must be completed.)

1. Has Petitioner ever received or tried to get an injunction for protection against domestic violence against Respondent in this or any other court?
   ☐ Yes  ☑ No   If yes, what happened in that case? {Include case number, if known}
   _____

2. Has Respondent ever received or tried to get an injunction for protection against domestic violence against Petitioner in this or any other court?
   ☐ Yes  ☑ No   If yes, what happened in that case? {Include case number, if known}
   _____

3. Describe any other court case that is either going on now or that happened in the past, including a dissolution of marriage, paternity action, or child support enforcement action, between Petitioner and Respondent *{Include city, state, and case number, if known}*:
   6:24-MJ-2118 FEDERAL COURT

4. Petitioner is a victim of stalking because Respondent has: *{please mark all sections that apply}*

   a. ☑ Committed stalking;
   b. ☑ Previously threatened, harassed, stalked, cyberstalked, or physically abused the Petitioner;
   c. ☐ Threatened to harm Petitioner or family members or individuals closely associated with Petitioner;
   d. ☐ Intentionally injured or killed a family pet;
   e. ☐ Used, or threatened to use, against Petitioner any weapons such as guns or knives;
   f. ☐ A criminal history involving violence or the threat or violence, if known;
   g. ☐ Another order of protection issued against him or her previously from another jurisdiction, if known;
   h. ☐ Destroyed personal property, including, but not limited to, telephones or other communication equipment, clothing, or other items belonging to Petitioner.

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (08/23)

2

4. Below is a description of the specific incidents of stalking or cyberstalking: *{for cyberstalking, please include a description of all evidence of contacts and/or threats made by Respondent in voice messages, texts, emails, or other electronic communication}*

   On *{dates}* _____, the following incidents of stalking occurred at the following locations: *{the locations may include, but need not be limited to, a home, school, or place of employment}*

   _____SEE ATTACHED STATEMENT_____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   __X__ Please indicate here if you are attaching additional pages to continue these facts.

6. **Additional Information**

   ☐ Respondent owns, has, and/or is known to have guns or other weapons. Describe weapon(s) and where they may be located, if known: _____
   _____

   **SECTION IV. INJUNCTION** *{This section must be completed.}*

1. Petitioner asks the Court to enter a **TEMPORARY INJUNCTION** for protection against stalking that will be in place from now until the scheduled hearing in this matter, which will immediately restrain Respondent from committing any acts of stalking, and which will provide any terms the Court deems necessary for the protection of a victim of stalking, including any injunctions or directives to law enforcement agencies.

2. Petitioner asks the Court to enter, after a hearing has been held on this petition, a **FINAL JUDGMENT** for protection against stalking prohibiting Respondent from committing any acts of stalking against Petitioner and:

   a. prohibiting Respondent from going to or within 500 feet of any place Petitioner lives, or to any specified place regularly frequented by Petitioner and any named family members or individuals closely associated with Petitioner: _____
   _____N/A_____
   _____;

   b. prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment or the school that Petitioner attends: the address of Petitioner's place(s) of employment and/or school is: _2613 BONNETT CREEK RD., LAKE BUENA VISTA, FL 32830_
   _____
   _____

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (08/23)

3

I was previously the manager for Michael Scheuer. In June 2024 Michael Scheuer was terminated from employment due to misconduct against me, in which he threatened me at work. He has been arrested on Oct. 23, 2024 on a federal case in which I have been identified as victim #1. He has gone to the residence of victim #2 in the same case and because of this I feel he will make an attempt to come to my residence. He is currently arrested and being held. If released, I believe he poses a threat to myself. Evidence has been discovered in the case that shows he had documents on him which had my PII information as well as information about my family members.

**PLEASE DO NOT WRITE BELOW THIS LINE OR ON THE BACK OF THIS PAGE.**

   c. prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing, through another person, or in any other manner;
   d. ordering Respondent that he or she shall not have in his or her care, custody, possession, or control any firearm or ammunition;
   e. prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's motor vehicle, whether or not that vehicle is occupied;

3. Petitioner asks the Court to enter any other terms it deems necessary to protect Petitioner from stalking by Respondent.

I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING. I UNDERSTAND THAT IF EITHER RESPONDENT OR I FAIL TO APPEAR AT THE FINAL HEARING, WE WILL BE
BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED AT THAT HEARING.

I HAVE READ EVERY STATEMENT MADE IN THIS PETITION, AND EACH STATEMENT IS TRUE AND CORRECT. I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.02, FLORIDA STATUTES.

THIS PETITION MUST BE SIGNED BY THE PETITIONER BUT IT IS NOT REQUIRED TO BE NOTARIZED IF IT IS FILED DURING THE SCOPE AND DURATION OF A STATE OF EMERGENCY DECLARED BY A GOVERN[REDACTED]

Dated: 10/25/24

STATE OF FLORIDA
COUNTY OF OSCEOLA
Sworn to (or affirmed) and subscribed before me by means of [✓] physical presence or [ ] online notarization, this 25 day of OCTOBER 2024, by _____

NOTARY PUBLIC or DEPUTY CLERK
DEPUTY CLERK
(Print, type, or stamp commissioned name of notary or clerk)

____ Personally Known OR
  X   Produced Identification    Type of Identification Produced: FL DL EXP: 9/5/2[REDACTED]

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (08/23)

4