UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-cr-00005-JSS-DCI
18 U.S.C. § 1030
18 U.S.C. § 1028A

MICHAEL SCHEUER

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Computer Fraud)

On or about August 29, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL SCHEUER**,

did knowingly cause the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, and the offense caused loss to persons during a one-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

In violation of 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B)(i).

### COUNT TWO
### (Aggravated Identity Theft)

On or about August 29, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL SCHEUER,**

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, an email address/username of Victim A.G., during and in relation to a felony violation of transmitting a program, information, and code, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, in violation of 18 U.S.C. § 1030(a)(5)(A), as charged in Count One of this Information, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1030(i)(1).

2.  Upon conviction of a violation of 18 U.S.C. § 1030, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B) and 1030(i), any property constituting, or derived from, proceeds the person obtained, directly or indirectly, as a result of such violation and pursuant to 18 U.S.C. § 1030(i)(1)(A), any personal property used or intended to be used to commit, or to facilitate the commission of, the offense.

3. The property to be forfeited includes, but is not limited to, the following: Corsair desktop computer tower, Serial No. 030422135716, which was seized from the defendant's residence on or about September 23, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 1030(i)(2).

ROGER B. HANDBERG
United States Attorney

By: _____
Robert D. Sowell
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division