# M

**RED**

**Price decrease -2**

**Hoop Salad &
House-made Cornbread**

**Creamy Coleslaw**

**Cowboy Beans**

**Crispy-fried Chicken**

## BEVERAGES INCLU

**Alcoholi**

Chardonnay or Merlot

Bud Light Lager or Yuengling Traditional Lager Draft Beer

Red or White Sangria

### Non-Alcoholic Selection

Coca-Cola®, Diet Coke®, Sprite®, Fanta® Orange,
Barq's® Root Beer, Minute Maid® Zero Sugar Lemonade,
Sweetened or Unsweetened Iced Tea,
Minute Maid® Apple Juice, Milk, Chocolate Milk,
Twinings® Hot Tea, or Joffrey's Coffee™

## FOR YOUR ADDED ENJOYMENT*

**Alcoholic Selection**

The Giddy-Up (13.5) -2

Wet-Your-Whistle with our Barkeep's Blend of Tito's Handmade Vodka,
Minute Maid® Premium Lemonade, and Freshly Brewed Iced Tea

Local Craft Beer  9.25 - 12.75

Choose from an assortment crafted by local Florida Breweries

**Non-Alcoholic Selection**

---

**Specialty Character Drink**

Minute Maid® Zero Sugar Lemonade with flavors of
Cotton Candy served in a souvenir character cup  6.75

---

**Please inform your Server if you have an allergy request.**

*An 18% gratuity and applicable sales tax will be added to all orders.

Ⓥ Plant-based option available upon request.

Guests on a Dining Plan will redeem two (2)
Table-Service Meals from their plan for each person dining.

**Not included in the Dining Plan.



9/6/24    Approved

approved  printed
-price- $10 → $9.5
-price- $17.5 → $16.5

-DP statement removed

RED

## SKY W DINE-IN THEATER Restaurant

# DESS...

*Prepared By*

### The Red Planet
Almond Cheesecake with Spiced Blueberry Compote
on a Graham Cracker Tart with a Matcha Sponge
and Golden Candied Almonds 9.5

### Caramel Brownie Cheesecake
Warm Caramel Brownie Cheesecake topped with an
Oreo-Panna Cotta Swirl with Vanilla Blue Sauce,
Chocolate Rocks, and Oreo Dust 9.5

### Fresh Fruit Salad 🌱 7.5

### Hot Fudge Sundae
Vanilla Ice Cream with Hot Fudge,
Whipped Cream, and a Cherry 8.75

### Cookie Shake 🌱
Plant-based Milk and Cookies topped with
Coconut Whipped Cream 7.25

**Please inform your Server if you have an allergy request.**
🌱 Made without animal meat, dairy, eggs, and honey.



## TURTLE KRAWL

Siesta Key White Rum, Parrot Bay Coconut Rum, Sailor Jerry Spiced Rum, Grenadine, and Juices of Key Lime, Orange, and Pineapple 15.5

## BOURBON BERRY LEMONADE

Woodford Reserve Kentucky Straight Bourbon, Bols Blackberry Brandy, and Lemonade with a splash of Soda Water 16.5

## KEY WEST FREEZE

wÔDKA Vodka and Bols Melon Liqueur blended with flavors of Coconut, Pineapple, and Strawberry 13.5

## PINEAPPLE MULE

Small Batch Whiskey, Hella Cocktail Co. Ginger Bitters, Lime Juice, Ginger Beer, and Mint 17.5

## ER CO. KEY WEST SUNSET ALE

Cape Canaveral, Florida 11.5

## AR CITY JAI ALAI IPA

Tampa, Florida 11.5

Applicable sales tax not included.





All Star Sports Grandstand Pool Bar Exterior B ( 1ea 31.625 x 14.0  8th wht styrene ) -  100924

**Sunshine Margarita** — 17.50
Lunazul Reposado Tequila, Cointreau Liqueur, and Sweet-and-Sour with Orange and Lime Juices

**Hibiscus Rita** — 17.50
818 Blanco Tequila, Sorel Liqueur, Cointreau Liqueur, Pomegranate Juice, and Agave

**Blueberry Lemonade** — 16.50
Three Olives Blueberry Vodka, Bols Blue Curacao Liqueur, and Minute Maid Premium Lemonade with Lemon and Pomegranate Juices topped with Sprite

**Frosé** — 16.50
Featuring House of Brown Rosé and Tito's Handmade Vodka

**Piña Colada** — 17.50
SelvaRey Coconut Rum, Pineapple, Agave, and Hella Cocktail Co. Orange Bitters served over ice

**Banana Cabana** — 16.50
Cruzan Mango Rum, Parrot Bay Coconut Rum, Bols Crème de Banana Liqueur, Minute Maid Orange Juice, and Pineapple Juice with a float of Grenadine

**Strawberry Margarita** — 17.50
Lunazul Reposado Tequila and Lime Juice blended with Strawberry Puree

Approved 8·23·24

Red: Price
Pina Colada
−1.00
Exat 2nd page is Sam



**RED**

price decrease  -1
                 -1

# SANA

## *Dessert*

**Giraffe Tower Mou...**
Banana Cake, Peanut Butter Mousse, B...
Caramel with Tanzanian Peanut Br...

**Black Sesame Sundae**
Black Sesame Ice Cream, Roasted Spiced Pineapple, Tea Caramel,
Milk Crumble, and Raspberry Crisps  10

**Wilde-best Wildebeest**
Flourless Chocolate Cake, Milk Chocolate Custard,
and Chocolate Fudge-coated Cocoa Nibs  10  -1

**Ankole Cake** 🌿
Spiced Chocolate Cake, Baobab Curd, Coconut Gel,
Meringue 'Horns,' STARR African Rum-macerated Citrus  10  -1

## *Hot Coffee and Tea*

**Loose Leaf Teapot or Freshly Brewed Joffrey's Coffee™ Press Pot**
**(Kenyan AA)** 9.75  (Serves Two)
Organic Rooibos,
Vanilla Rooibos,
Thunderbolt Darjeeling,
Herbal Spice Chai,
Organic Assam

**Please inform your Server if you have an allergy request.**
*🌿 Made without animal meat, dairy, eggs, and honey.*

# SCAT CAT'S CLUB

Approved - Red
price - $16.5 → $14.5
price - $16 → $14

Scat Cats
9/10

## ❧ SPECIALTY COCKTAILS ❧

### SYNCOPATION SHIFT**
Tito's Handmade Vodka, Bayou Silver Rum, Cruzan Mango Rum, and Midori Melon Liqueur with Pineapple Juice and a souvenir Glow Cube  16.5

### HURRICANE
Bayou Silver Rum, Captain Morgan Original Spiced Rum, Orange, Pineapple, and Lime Juices with Grenadine and a float of Myers's Dark Rum  15.5

### SAZERAC
Knob Creek Rye Whiskey, Agave Nectar, and Peychaud's Bitters with a splash of Pernod  16.5

### BEBOP BLOODY MARY**
Absolut Vodka, Spicy Bloody Mary Mix, Shrimp, Andouille Sausage, and Celery  14.5

### BOURBON PEACH TEA
Woodford Reserve Kentucky Straight Bourbon and Bols Peach Schnapps Liqueur with Fresh-brewed Sweet Tea  17.5

### WHISKY SOUR
Maker's Mark Kentucky Straight Bourbon, Lemon Juice, and Pure Cane Sugar with a float of Fess Parker Big Easy Red Blend  16.5

## ❧ DRAFT BEER ❧

### ABITA AMBER LAGER
Munich-style lager brewed with crystal malt and Perle hops, smooth, malty, slightly caramel flavor, and a rich amber color  11.5

### ABITA TURBODOG ALE
Dark brown ale brewed with Willamette hops and a combination of British pale, crystal, and chocolate malts, giving it a rich body and a sweet chocolate-toffee-like flavor  11.5





Gurgling Suitcase RED
8-26-24

PRICE -$1.00

Gurgling Suitcase Bar Cooler Header Panel ( 1ea_41.875 x 8.375 _.062 Acrylic ) - 100924

| BEER, HARD CIDER, & HARD SELTZER | | DRAFT BEER | |
| --- | --- | --- | --- |
| Corona Extra Lager | 10.50 | Blue Moon Belgium White Ale | 10.00 | Bud Light Lager | 9.00 |
| Michelob Ultra Lager | 10.00 | Schöfferhofer Grapefruit Hefeweizen | 11.75 | Florida Beer Co. Key West Sunset Ale | 11.50 |
| Miller Lite Lager | 9.50 | Angry Orchard Crisp Apple Hard Cider | 10.75 | Cigar City Jai Alai IPA | 11.50 |
| Stella Artois Lager | 11.75 | High Noon Pineapple Hard Seltzer | 12.50 | Samuel Adams Seasonal | 11.50 |
| Yuengling Traditional Lager | 10.00 | | | | |



$1.00

Goods to Go Breakfast Panel ( 1ea 16.875  x 19.875  8th wht PVC ) - 100924

Goods 2 Go

Breakfast

app 8-26-24

(3-1)

5200

## ...AST

...am

Breakfa... ....atoes _____ 12.79
Scrambled ...

Mickey ... Waffles _____ 10.79
Served with choice of Bacon or Sausage

Breakfast Wrap _____ 8.99
Egg, Sausage, and Cheese served with Potatoes

Harvest Breakfast Wrap _____ 8.99
Plant-based Eggs, Avocado, and Roasted Tomatoes served with Potatoes

## KIDS' MEALS
For Guests Ages 9 and under
Below Kids' Meals served with choice of Small Lowfat Milk or Small DASANI® Bottled Water.

Yogurt Dipper Kid's Pack ⌄ _____ 6.49
Vanilla-flavored Greek Yogurt with Blueberries and Whole-Grain Graham Crackers

Egg Scramble ⌄ _____ 7.29
Served with Turkey Sausage and Grapes

Below Kids' Meals served with choice of two (2) Sides:
Grapes ⓥ, Carrot Sticks ⓥ, or Mini Babybel® Snack Cheese and choice of Small Lowfat Milk
or Small DASANI® Bottled Water.

Breakfast Platter _____ 7.79
Scrambled Eggs and a Mickey-shaped Waffle

Mickey-shaped Waffles _____ 7.59

⌄ Meets Disney Nutrition Guidelines for Complete Meals without substitutions.
Small Minute Maid® Apple Juice, Bacon, or Sausage may be substituted upon request.

## SIDES
Seasonal Oatmeal ⓥ _____ 3.99    Grits ⓥ _____ 3.79
Cereal with Milk ⓥ _____ 4.99    Assorted Pastries ⓥ _ 4.29 - 4.99

ⓥ Made without animal meat, dairy, eggs, and honey.
Walt Disney Parks and Resorts proudly purchases Cage-free Eggs.

Gurgling Suitcase Specialt... ...00924

Gurgling Cocktails
Specialty Cocktails
8-26-24  Red

Price - -$2.00

Q

# SPEC... ...AILS

Siesta Key White... ...Spiced Rum,
Grenadin... ...apple

## Bourbon Berry Lemonade  16.50
Woodford Reserve Kentucky Straight Bourbon, Bols Blackberry Brandy,
and Lemonade with a splash of Soda Water

## Key West Freeze  15.50
WÓDKA Vodka and Bols Melon Liqueur blended with
flavors of Coconut, Pineapple, and Strawberry

## Pineapple Mule  17.50
Uncle Nearest 1884 Small Batch Whiskey, Helia Cocktail Co. Ginger Bitters,
Pineapple Juice, Ginger Beer, and Mint

$-2.00

## Olivia's Strawberry Lemonade  17.50
Patrón Silver Tequila, Key Lime Juice, Strawberry, and
Lemonade with a Sugared Rim

*Applicable sales tax not included.*

# THE TURF CLUB
## BAR AND GRILL

RED
Pricing decrease   -1
                   -10
                   -2

---

## FOR THE TABLE

**Cheese and Charcuterie**
Chef's selection of Cheeses, Cured Meats,
and House-made Accompaniments 23

---

## APPETIZERS

**Yellowfin Ahi Tuna***
Sesame, Avocado, Marinated Cucumber 19

**Sweet-and-Spicy Brussels Sprouts** 🌱
Piquant Agave Glaze,
Crispy Vidalia Onions 12 -1

**French Onion Soup**
Savory Sherry Beef Broth,
Melted Fontina, Gruyère 11

**Wedge Salad**
Bacon, Buttermilk-Chive Ranch Dressing,
Tomatoes, Fresh Herbs 12

**Golden-fried Calamari**
Classic Aïoli, Roma Tomato Sauce,
Pepperoncini, Lemon 18

---

## ENTRÉES

**Slow-roasted Prime Rib***
Creamy Roasted Garlic Mashed Potatoes,
Seasonal Vegetables, Red Wine Reduction 39
🍷 B.R. Cohn Silver Label Cabernet Sauvignon,
North Coast 🍷

**Pan-seared Salmon***
Cauliflower Purée, Sautéed Green Beans,
Roasted Tomatoes, Chermoula Sauce 36
*Blackened upon request*
🍷 Chalk Hill Chardonnay, Sonoma Coast 🍷

**Grilled Pork Chop***
Cannellini Beans, Wilted Kale, Bacon,
Sherry Vinaigrette 29 -10
🍷 Don Miguel Gascon Malbec, Mendoza 🍷

**Tempura-fried Hen of the Woods Mushroom** 🌱
Seared Tofu, EPCOT Land Pavilion
Vegetable Fricassée 26
🍷 The Federalist Zinfandel, Lodi 🍷

**Char-grilled New York Strip Steak***
Savory Compound Butter, Seasoned French Fries 36
🍷 MacMurray Estate Vineyards Pinot Noir,
Central Coast 🍷

**Turf Club Burger***
Signature-blend Patty, Applewood-smoked Bacon,
New York White Cheddar, Saratoga Sauce,
Seasoned French Fries 23
🍺 Sixpoint Brewery Bengali IPA 🍺

**Buttermilk-fried Herb Chicken**
Mashed Potatoes, Seasonal Vegetables,
Herbed Gravy 29
🍷 McBride Sisters Collection Chardonnay,
California 🍷

**Pappardelle Scallop Pasta***
Caramelized Scallops, Asparagus,
White Wine, Truffle Sauce 35
🍷 Kim Crawford Sauvignon Blanc, Marlborough 🍷

---

*Please inform your Server if you have an allergy request.*
*An 18% gratuity is added for parties of 6 or more.*
*🌱 Made without animal meat, dairy, eggs, and honey.*
*\*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.*
*Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*
*\*\*Not included in the Dining Plan.*

## LUNCH

*RED*

*pricing decrease -5*

## APPETIZERS

**French Onion Soup** ♦
with Sherry, Port and Cabernet, Crouton, Gratinée Cheese  10

**Seasonal Soup of the Day**
Inspired by flavors of the Season  10

**Baby Iceberg Wedge Salad**
Blue Cheese Dressing, Toy Box Tomatoes,
Red Onions, Bacon, Hard-cooked Egg  11

**Fork & Knife Caesar Salad**
Dressing, Croutons, Shaved Parmesan  10

**Steakhouse 71 Onion Rings** ♦
with Spicy "Ranch" Dipping Sauce  10

**Shrimp Cocktail**
Shrimp poached in a Citrus-White Wine Fumé, Cocktail Sauce, Chive Oil  10

**Sea Salt-dusted Potato Brioche**
Butter, Roasted Garlic-Tomato Spread  12

**Bacon & Eggs***
Maple-lacquered Pork Belly, Smoked Cheese Grits, Perfect Egg  15

**Lump Crab Cakes**
Old Bay Rémoulade, Corn Hash  16

**Steakhouse 71 Chopped Salad**
Chopped Iceberg, Cucumbers, Grape Tomatoes, Carrots, Dried Cranberries,
Goat Cheese, White Balsamic Vinaigrette, Brioche Croutons  11

## ENTRÉES

*Burgers and Sandwiches served with choice of Petite Caesar Salad, Parmesan Fries, or Pasta Salad*

**Prime Rib Sandwich**
Shaved Prime Rib, Caramelized Onions, Herb Aïoli,
Provolone, Arugula, and Horseradish Cream  22

**Stack Burger***
Signature Beef Blend, Pork Belly, American Cheese, Lemon Aïoli,
Red Onion, and House-made Pickles served on a Brioche Bun  24

**Grilled Chicken Sandwich**
with Herb Aïoli, Mozzarella, Avocado, and Bacon  19

**Turkey Club**
Oven-roasted Turkey, Applewood-smoked Bacon, Lemon Aïoli,
Lettuce, and Tomato served on Brioche Bread  17

**Gourmet Grilled Cheese**
Toasted Brioche, Gruyère, Smoked Gouda, Shredded Pork Belly,
Arugula, and Caramelized Onion Jam  17

**Steak "Frites"***
Hanger Steak, Garlic-Parmesan Waffle Fries, and Truffle Aïoli  28

**Vegetable "Wellington"** ♦
Mushroom Duxelles and Fire-roasted Artichokes wrapped in Puff Pastry,
Romesco, and Brussels Sprouts  23  – 5

**Gochujang-glazed Salmon***
with Rice and Stir-fry Vegetables  27

Please inform your Server if you have an allergy request.
An 18% gratuity is added for parties of 6 or more.
♦ Made without animal meat, dairy, eggs, and honey.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or
undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

Disney CTSHB71 10093

# DINNER

*(handwritten note): Red*
*· Price decrease $3*
*· Price decrease $3*
*· Size decrease*

**French Onion**
A rich savory broth infu...
Port and Cabernet, Crouton, a...

**Baby Iceberg We...**
House-made Blue Ch...
Toy Box Tomatoes, Pick...
Bacon, Hard-cook...

**Fork & Knife Ca...**
Caesar Dressing, Croutons, ...

**Steakhouse 71 Chopped Salad**
Chopped Iceberg, Cucumbers, Grape Tomatoes,
Carrots, Dried Cranberries, Goat Cheese,
White Balsamic Vinaigrette, Brioche Croutons  11

**Steakhouse 71 Onion Rings** ♥
Hand-breaded with Spicy "Ranch" Dipping Sauce  10

**Shrimp Cocktail**
...mp poached in a flavorful
...itrus-White Wine Fumé,
...cktail Sauce, Chive Oil  17

**...alt-dusted Potato Brioche**
...asted Garlic-Tomato Spread  12

**Bacon & Eggs***
...ple-lacquered Pork Belly,
...d Cheese Grits, Perfect Egg  12  *- 3*

**Lump Crab Cakes**
Old Bay Rémoulade, Corn Hash  16

**Seasonal Soup of the Day**
Inspired by flavors of the Season  10

## ENTRÉES

### STEAKHOUSE CUTS*

*Served with choice of one (1) Side and one (1) Sauce*

**8-oz Beef Tenderloin Medallions**  42
**8-oz Filet Mignon**  41
**10-oz New York Strip**  38
**6-oz Top Sirloin Steak**  32
**14-oz Dry-aged Pork Bone-In Rib Chop**  34
**12-oz Roasted Prime Rib**  39

### SAUCES

*Enhance your experience with a Flight of all five (5) Sauces**  6*

| Béarnaise | Whipped Horseradish Cream | Red Wine | Signature Steakhouse 71 | Salsa Verde |

### SIDES

| Mashed Potatoes | Creamed Spinach | Seasonal Vegetables |
| Au Gratin Potatoes | White Wine Mornay | Charred Asparagus |
| Macaroni & Cheese | Red Wine-glazed Mushrooms | Cream of Corn |

**Add Cheddar, Scallions, and Bacon**  4

### ENHANCEMENTS**

| Shrimp  12 | Oscar  15 |

**Fish of the Day***
Risotto-style Orzo, White Wine Cream Sauce, Butternut Squash Purée  31

**Pan-seared Chicken**
Mozzarella and Prosciutto-stuffed, Mashed Potatoes,
Seasonal Vegetables, Chardonnay-Mustard Sauce  25  *- 3*

**Vegetable "Wellington"** ♥
Mushroom Duxelles and Fire-roasted Artichokes wrapped
in Puff Pastry, Romesco, Brussels Sprouts  27

**Please inform your Server if you have an allergy request.**
An 18% gratuity is added for parties of 6 or more.
♥ Made without animal meat, dairy, eggs, and honey.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or
undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.
**Not included in the Dining Plan.

Disney CTSH007 100924

# DINNER MENU

*Red*
*$2 difference*

## APPETIZERS

**CRISPY PORK-VEGETABLE POT STICKER**
Soy-Mirin Velouté  13

**GLAZED CHICKEN WINGS**
Sticky Mirin-Teriyaki Wing Sauce  15

Sake-infus
Pickled Veg

## SUSHI ROLLS

**POLLY LOLLY ROLL**
Fried Soft-Shell Crab, Shrimp Tempura, Crawfish Tails,
Grilled Asparagus, Chives, Spicy Mayonnaise  26

**SPICY TUNA ROLL***
Tuna, Spicy Mayonnaise, Cucumber  19

**SURF AND TURF***
Kona-spiced Filet, Lemon Ginger-poached Shrimp,
Crab, Cucumber, Avocado, Sriracha, Yuzu Mayonnaise  28

**RAINBOW ROLL***
Tuna, Salmon, Shrimp, Hamachi, Crab,
Cucumber, Avocado  25

**CALIFORNIA ROLL**
Crab, Yuzu Mayonnaise, Cucumber, Avocado  18

**HAMACHI TUNA ROLL***
Hamachi, Tuna, Avocado, Jalapeño,
Cilantro, Ponzu  21

**SHRIMP FIRE CRACKER ROLL***
Tempura Shrimp, Crab, Tuna, Avocado,
Cucumber, Chili Sauce  28

**VEGETABLE NIGIRI**
Chef's choice of Five (5) pieces of Nigiri  16

**SHRIMP TEMPURA**
Shrimp Tempura, Avocado  17  -2

## POKE BOWLS

**TUNA POKE***
Passion Fruit Boba, Lotus Root,
Yuzu Mayonnaise  22

**RAINBOW POKE***
Tuna, Salmon, Shrimp, Hamachi, Fresno Chili Peppers,
Lotus Root, Spicy Ponzu  25

## ENTRÉES

**ASIAN-MARINATED CHICKEN**
Sticky Rice, Bok Choy, Asian Mirin-Soy Glaze  27

**KONA-BRAISED SHORT RIB**
Braised Short Rib, Kona Coffee-Red Wine-Mocha Sauce,
Carrot-Ginger Purée, Peanuts, Bok Choy  40

**PORK CHOP***
Sweet Potato, Tri-colored Cauliflower,
White Wine Garlic-Parmesan Sauce  33

**NEW YORK STRIP STEAK***
Coconut Curry Potatoes, Snap Peas, Grape Tomatoes,
Shallots, Edamame, Teriyaki-Mirin-Chimichurri Sauce  41

**SAUTÉED RED QUINOA**
Braised Baby Bok Choy, Asparagus,
Sweet Chili Carrots, Tomato Confit, Chimichurri
with Mahi 37    with Chicken  34
with Shrimp  37    with Tofu  34

**VERLASSO SALMON***
Bamboo Rice, Edamame Succotash with Mirin,
Fresno Chimichurri  31

## BURGERS AND SANDWICHES
Served with French Fries

Jack,
e  26

**TURKEY BÁNH MÌ**
Marinated Turkey Breast, Black Pepper Bacon, Pork Pâte,
Cilantro, Jalapeño, Onions, Grilled Jalapeño Mayonnaise  19

## SIDES

8

**GRILLED ASPARAGUS**  8.5

**TRUFFLED MUSHROOMS**  8

*Kona*
*Dinner*
*8/14/24*

your Server if you have an allergy request.
gratuity is added for parties of 6 or more.
out animal meat, dairy, eggs and honey.
reference and/or may contain raw or undercooked ingredients.
ultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

©DISNEY

PYKC004 100924

## APPETIZERS

**CRISPY PORK-VEGETABLE POT STICKER**
Soy-Mirin Velouté  13

**GLAZED CHICKEN WINGS**
Sticky Mirin-Teriyaki Wing Sauce  15

**SEA**
Sake-infuse
Pickled Veg

*Handwritten notes: Approved / Red / - price $25 → $23 / Kona Lynch 8/14*

## SUSHI ROLLS

**RAINBOW ROLL\***
Tuna, Salmon, Shrimp, Hamachi, Crab, Cucumber, A

**SPICY TUNA ROLL\***
Tuna, Spicy Mayonnaise, Cucumber  19

**CALIFORNIA ROLL**
Crab, Yuzu Mayonnaise, Cucumber, Avocado  18

**HAMACHI TUNA ROLL\***
Hamachi, Tuna, Avocado, Jalapeño,
Cilantro, Ponzu  21

**SHRIMP FIRE CRACKER ROLL\***
Tempura Shrimp, Crab, Tuna, Avocado,
Cucumber, Chili Sauce  28

**SHRIMP TEMPURA**
Shrimp Tempura, Avocado  19

**VEGETABLE NIGIRI**
Chef's choice of five (5) pieces of Nigiri  16

## POKE BOWLS

**TUNA POKE\***
Passion Fruit Boba, Lotus Root,
Yuzu Mayonnaise  22

**RAINBOW POKE\***
Tuna, Salmon, Shrimp, Hamachi, Lotus Root,
Fresno Chili Peppers, Spicy Ponzu  23

## DASHI BOWLS

**PORK BELLY NOODLE BOWL**
Bone Broth, Rice Noodles, Soy Egg, Mushrooms,
Bok Choy, Hot Sesame Oil, Sake  28

**VEGETABLE BOWL**
Jasmine Broth, Rice Noodles, Pineapple Tofu,
Peanuts, Mushrooms, Umami Tomato  22

## ENTREES

**KONA STIR-FRY**
Yakisoba Noodles, Napa Cabbage, Carrots, Mushrooms, Mirin-infused Teriyaki Sauce
with Chicken  30    with Shrimp  33    with Tofu  30

**VERLASSO SALMON\***
Bamboo Rice, Edamame Succotash,
Fresno Chimichurri  32

**TERIYAKI STEAK SALAD\***
Greens, Honey-Lime Vinaigrette,
Poached Egg  25

## BURGERS AND SANDWICHES

Served with French Fries

**TURKEY BÁNH MÌ**
Marinated Turkey Breast, Black Pepper Bacon, Pork Pâté,
Cilantro, Jalapeño, Onions, Grilled Jalapeño Mayonnaise,  19

**HAWAIIAN REUBEN**
Corned Beef, Pulled Pork, Kimchi,
Swiss Cheese, Marble Rye, Spicy Mayonnaise  20

**BIG KAHUNA BURGER\***
Sautéed Pastrami, Corned Beef, Pepper Jack,
Mustard Aioli, Tangy Cucumber, Brioche  26

## FEATURED BEERS

**KONA LONGBOARD ISLAND LAGER - KONA, HI**
Draft (4.6% ABV)  11.5

**KONA BIG WAVE GOLDEN ALE - KONA, HI**
Draft (4.4% ABV)  11.5

**KONA HANALEI ISLAND IPA - KONA, HI**
Draft (4.5% ABV)  11.5

**Please inform your Server if you have an allergy request.**
*An 18% gratuity is added for parties of 6 or more.*
*Made without animal meat, dairy, eggs, and honey.*
*\*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*

©DISNEY

PYKC012  100924

KONA cafe

*[handwritten notes:]*
*Approved*
*Red*
*Red Quinoa price — $37 → $34*
*Rainbow Roll price — $25 → $23*
*Kona Dinner Apr 8/14*

## ENTRÉES

### ASIAN-MARINATED CHICKEN
Sticky Rice, Bok Choy, Asian Mirin-Soy Glaze  27
**For Gluten/Wheat, Egg, Fish/Shellfish, Milk, and Peanut/Tree Nut Allergies**

### KONA-BRAISED SHORT RIB
Braised Short Rib, Kona Coffee-Red Wine-Mocha Sauce, Carrot-Ginger Purée, Peanuts, Bok Choy  40
**For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Soy, and Tree Nut Allergies**

### PORK CHOP*
Sweet Potato, Tri-colored Cauliflower, White Wine Garlic-Parmesan Sauce  33
**For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies**

### NEW YORK STRIP STEAK*
Coconut Curry Potatoes, Snap Peas, Grape Tomatoes, Shallots, Edamame, Teriyaki-Chimichurri Sauce  41
**For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut, and Sesame Allergies**

### SAUTÉED RED QUINOA
Braised Baby Bok Choy, Asparagus, Sweet Chili Carrots, Tomato Confit, Chimichurri  27
**For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies**
**WITH MAHI** - For Gluten/Wheat, Egg, Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies  37
**WITH CHICKEN** - For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies  34
**WITH SHRIMP** - For Gluten/Wheat, Egg, Fish, Milk, Peanut/Tree Nut, and Sesame Allergies  34
**WITH TOFU** - For Gluten/Wheat, Egg, Fish/Shellfish, Milk, and Peanut/Tree Nut Allergies  34

### VERLASSO SALMON*
Bamboo Rice, Edamame Succotash with Mirin, Fresno Chimichurri  32
**For Egg, Milk, Peanut/Tree Nut, Sesame, and Shellfish Allergies**

## BURGERS AND SANDWICHES
Served with French Fries
**For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies**

### BIG KAHUNA BURGER*
Sautéed Pastrami, Corned Beef, Pepper Jack, Mustard Aïoli,
Tangy Cucumber, Allergy-Friendly Bun  26
**For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies**

### TURKEY BÁNH MÌ
Marinated Turkey Breast, Black Pepper Bacon, Pork Pâte,
Cilantro, Jalapeño, Onions, Grilled Jalapeño Mayonnaise  19
**For Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies**

## SIDES

### CREAMY MASHED POTATOES  8
**For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies**

### GRILLED ASPARAGUS  8.5
**For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies**

### BOK CHOY  8.5
**For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Soy Allergies**

### TRUFFLED MUSHROOMS  8
**For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies**

*An 18% gratuity is added for parties of 6 or more.*

*\*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*

*Red*
*price decrease*
*- $2*
*- $0.30*

# MAGICAL MORNING COCKTAILS

## CIALTY COCKTAILS

### LEGACY MIMOSA
Uncle Nearest 1884 Small Batch Tennessee Whiskey, Grand Marnier Liqueur, Chateau Ste. Michelle Sparkling Wine, and Minute Maid® Orange Juice 19.50

### CHEF'S BLOODY MARY**
Grey Goose Vodka, Bloody Mary Mix, Worcestershire, and Hot Sauce topped with Bacon, Cheddar, and Olives 17.50    *-2*

### PEACH BELLINI
Freixenet Blanc de Blancs Cava Brut, DeKuyper Pucker Peach Schnapps, and Peach Purée 15.50

### BLACKBERRY-ORANGE SPRITZ
Ketel One Botanical Peach & Orange Blossom Vodka, Rockey's Botanical Liqueur, Kim Crawford Sauvignon Blanc, Blackberry 16.50

### SUNRISE MARGARITA
Teremana Blanco Tequila, Grand Marnier Liqueur, Hella Cocktail Co. Smoked Chili Bitters, Lime, and Agave 17.50

### COLD BREW MARTINI
SelvaRey Chocolate Rum, Tia Maria Liqueur, and Joffrey's Coffee™ Cold Brew 16.50

### ISLAND FUSION PUNCH
Mount Gay Eclipse Rum, Minute Maid® Passion Fruit Orange Guava Juice, Pineapple and Lime Juices 15.50

## ZERO-PROOF COCKTAIL

### PINK SPRITZER
Lyre's Pink London Non-Alcoholic Spirit, Grapefruit Soda, Pomegranate Green Tea, Lime, and Mint 12.50

## NON-ALCOHOLIC SPECIALTIES

### SO MANY WISHES
Pomegranate Green Tea, Hibiscus, Lemon, a dash of Star Dust 6.29    *- 0.30*

### MICKEY MOUSE SMOOTHIE
Frozen Minute Maid® Mango Smoothie and Strawberry Smoothie topped with Whipped Cream and Cookies and Cream Crumbles 7.29

### MINNIE MOUSE SMOOTHIE
Maid® Strawberry Smoothie and Vanilla Smoothie Whipped Cream and a White Chocolate Bow 7.29

### JOFFREY'S COFFEE™ COLD BREW 5.29

### LE ESPRESSO, CAPPUCCINO, CAFFÈ LATTE
aturing Joffrey's Coffee™ 4.49 – 5.79

### ADDITIONAL FLAVORS AVAILABLE
, Sugar-free Vanilla, Hazelnut, Caramel

8% gratuity is added for parties of 6 or more.
©Disney CTCM015 100924

*Mommy cocktail*
*8/13/24*

# 'OHANA DINNER FEAST

Enjoy Family-style Feast Served Right To Your Table!

*[Handwritten note: 'Ohana Dinner  8/14/24  -price - $21 - $20 approved printed  -verbiage - Hanelei  -price - $70 - $60]*

## APPETIZERS

**Signature 'Ohana Bread**
*Plant-based Bread Service available upon request*

**Mixed Greens Salad** 🌱
*with Citrus Vinaigrette*

## ENTRÉES
*(Choose One)*

**'Ohana Dinner Skillet**
*Pork Dumplings tossed in Garlic-Chili Sauce, Honey-Coriander Chicken Wings,
Wood-fire Grilled Black Pepper-Mirin-Teriyaki Beef\*, Peel-n-Eat Shrimp coated with 'Ohana Seasoning,
Grilled Chicken with Guava-Pineapple Glaze, 'Ohana Noodles with Mirin-Teriyaki, Stir-fry Vegetables*

**'Ohana Plant-based Dinner Skillet** 🌱
*'Ohana Noodles with Mirin-Teriyaki, Stir-fry Vegetables, Sake-infused Pineapple-barbecued Jackfruit,
Guava Pineapple-glazed "Chicken," "Sausage"*

## DESSERT
*(Choose one)*

**'Ohana Bread Pudding**
*À la mode with Homemade Caramel Sauce*

**Doughnut with Soy-based Frozen Dessert** 🌱

## SIGNATURE COCKTAILS

**Hawaiian Mule**
*Pau Maui Handmade Vodka,
Lychee-Citrus Reduction,
and Ginger Beer 15.5*

**Lapu Lapu\*\***
*Planteray Original Dark Rum and Tropical
Fruit Juices served in a Fresh Pineapple
topped with Gosling's 151 Rum 20*

**Piña CoLAVA**
*Bacardi Raspberry Rum blended with
Flavors of Coconut, Pineapple,
and Raspberry Purée 16.5*

**Backscratcher**
*Bacardi Superior Rum, Planteray Original Dark
Rum, and Guava-Passion Fruit Juice topped with
Jack Daniel's Tennessee Whiskey 16.5*

**Polynesian Mai Tai**
*Planteray Original Dark Rum, Bacardi Superior
Rum, Bols Orange Curaçao Liqueur, Lime Juice,
Orgeat (Almond), and Pure Cane Sugar 16.5*

## DRAFT BEER

**Selections by Kona Brewing Co.**
*Longboard Island Lager, Big Wave Golden Ale, Hanalei Island IPA 11.5*

## WINES *(glass/bottle)*

**Sparkling**

Argyle Sparkling Brut *17/60*

**White**

Torre di Luna Pinot Grigio *11/53*

CrossBarn by Paul Hobbs
Chardonnay *18/75*

**Red**

Edna Valley Pinot Noir *12/49*

Simi Cabernet Sauvignon *18/75*

## NON-ALCOHOLIC SPECIALTIES

**Moana Smoothie**
*Watermelon, Cherry, Guava 6.75*

**Stitch Smoothie**
*Coconut, Pineapple 6.75*

**Lilo Smoothie**
*Strawberry, Chocolate 6.75*

**Please inform your Server if you have an allergy request.**
*An 18% gratuity is added for parties of 6 or more.*
🌱 *Made without animal meat, dairy, eggs, and honey.*
*\*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.
\*\*Not included in the Dining Plan.*

*Disney PYOH006 106524*



# WIND & WAVES

## DINNER

### STARTERS

**Wood-fired Pizza**
Chef's Nightly Selection  20
*Villa Antinori Riserva, Toscana  16*

**Shrimp and Sweet Corn Hushpuppies**
with Sweet Chili Dipping Sauce
and Spicy Sriracha Coleslaw  15
*Samuel Adams Seasonal, Boston, MA  12.25*

**Manhattan Fish Chowder**
Swordfish, Salmon, Mahi, and Vegetables
in a Sherry-Tomato Broth  11
*Kim Crawford Sauvignon Blanc, Marlborough  15*

**Seasonal Salad**
Seasonal Greens, Apple, Dried Fruits,
Toasted Walnuts, Blue Cheese,
and a Champagne Vinaigrette  10
*Scarpetta Timido Spumante Brut Rosé, Italy  12*

**Crispy Crab Cake**
Panko-breaded Blue Crab Cake,
Citrus Rémoulade, Arugula,
and Radish Salad  15
*Yuengling Traditional Lager, Pottsville, PA  10.25*

**Nachos** 🍃
Corn Tortilla Chips, Ground Impossible™ Chili,
Guacamole, Plant-based Nacho Cheese Sauce,
Lettuce, and Tomato  15
*Blue Moon Belgian White Ale, Aurora, CO  10*

**French Onion Soup**
Sherry-Beef Broth, Caramelized Onions,
Melted Swiss Cheese, Gruyère, and Croutons  11
*Daou Cabernet Sauvignon, Paso Robles  18*

### DAILY SPECIALS
*Market Price*

**Butcher's Cut**⚜
*Chef's Daily Selection*

**From the Garden** 🍃
*Plant-based inspired Entrée*

**Fresh Catch**
*Chef's Seasonal Fish Selection*

### SEA

**Blackened Salmon**⚜
Pan-roasted Spiced Salmon, Seasonal Squash,
and Potato Gnocchi  34
*MacMurray Estate Vineyards Pinot Noir,
Central Coast  17*

**Shrimp & Grits**
Spiced Shrimp, Andouille Sausage Cream,
Cheddar Grits, and Scallions  30
*Benziger Chardonnay, Sonoma County  12*

**Fish and Chips**
Beer-battered Mahi, French Fries,
and Citrus Tartar Sauce  29
*Cigar City Jai Alai IPA, Tampa, FL  11.5*

**Oscar-style Fish**⚜
Roasted Garlic Yukon Gold Mashed Potatoes,
Broccolini, and Crab Hollandaise  *Market Price*
*Chalk Hill Chardonnay, Sonoma Coast  15*

### LAND

**Roasted Chicken**
Cornbread Dressing, Whipped Potatoes,
Green Beans, and Gravy  28
*Belle Glos Clark & Telephone
Pinot Noir, Santa Maria Valley  23*

**Vero Beach Signature-blend Burger**⚜
Signature-blend Beef Patty, Crispy Bacon,
Beer Cheese, Pickled Vegetable Relish,
and a Beer-battered Onion Ring on a
Pretzel Bun served with French Fries  22
*Daou Cabernet Sauvignon, Paso Robles  18*

**Oak-grilled NY Strip Steak**⚜
Roasted Mushrooms, Brandy-Peppercorn Sauce,
Seasonal Vegetable, and Potatoes au Gratin  30
*Decoy Merlot, Sonoma County  16*

**Maple Ging...**
Bacon Fri...
*Sini Caber...*

Please inform your Server if you have an allergy req...
An 18% gratuity is added for parties of 6 or more...
🍃 Made without animal meat, dairy, eggs, and hon...
Walt Disney and Parks Resorts proudly purchases cage-f...
⚜This item is cooked to Guest preference and/or may contain raw or u...
Consuming raw or undercooked meats, poultry, seafood, she...
may increase your risk of foodborne illness.

®Disney VBWG005 100924

*Handwritten notes:*
Wind & Waves - Dinner
Rod
9/11/24
Nachos- text change
Oak-Grilled Steak-
Price approved $40
Printed $30

## SPECIALTY COCKTAILS

**Parrot Punch**
Parrot Bay Coconut Rum,
Bols Melon Liqueur, Bols
Peach Schnapps Liqueur, and
Pineapple Juice 15.5

**Bourbon Sweet Tea**
House-made Sweet Tea
with Maker's Mark Kentucky
Straight Bourbon 16.5

**Olivia's Eye-Opener**
Teremana Blanco Tequila,
Orange Juice, and a splash
of Grenadine 15.5

## SPARKLING WINE

**Domaine Ste. Michelle Brut,
Columbia Valley**
Delicate aromas of green apple, bright citrus notes
with a persistent bubble, and balanced acidity
Glass 13    Bottle 49

## ROSÉ WINE

**House of Brown Rosé, Lodi**
Jammy strawberry, cherry, delicate floral notes,
with lifted tropical flavors
Glass 14    Bottle 53

## WHITE WINE

**Kim Crawford Sauvignon Blanc,
Marlborough**
Crisp, bright notes of lime, gooseberry, and grapefruit
lift the palate to a refreshing, clean finish
Glass 15    Bottle 64

**Sonoma-Cutrer Chardonnay,
Russian River Ranches**
Flavors of apple, pear, and lemon zest highlighted
with notes of toasted almonds and barrel spice
Glass 16    Bottle 57

## RED WINE

**MacMurray Estate Vineyards
Pinot Noir, Central Coast**
Raspberry and cherry cola aromas and flavors are
balanced in a silky and long, elegant finish
Glass 17    Bottle 70

**Simi Cabernet Sauvignon,
Alexander Valley**
Richly extracted blackcurrant and dark cherry flavors
extended to a long, polished finish
Glass 18    Bottle 75

## EYE-OPENERS

Featuring Freshly Brewed Joffrey's Coffee™

---

**French Press Pot Peru Alto Mayo Protected Forest Coffee
Roasted by Joffrey's Coffee™**
Disney supports Conservation International's Alto Mayo Protected Forest
project in Peru, which promotes sustainable coffee growing
and economic growth. 9.75 (Serves Two)

---

Espresso, Café Mocha, Cappuccino, or Caffè Latte 4.49 - 5.49

Freshly Brewed Coffee 4.49

A Selection of Twinings® Hot Tea 4.49

## BEVERAGES

Coca-Cola®, Diet Coke®, Coca-Cola® Zero Sugar, Sprite®, Barq's® Root Beer,
Pibb® Xtra, or Minute Maid® Zero Sugar Lemonade 4.99

Freshly Brewed Sweet or Unsweet Iced Tea 4.99

Minute Maid® Orange, Apple, or Cranberry Juice 4.99

Grapefruit or Vegetable Juice 4.99

Whole Milk, 1% Milk, or 1% Chocolate Milk 4.99

© DISNEY

# Hot Beverages with Alcohol

**Cafesito Delicioso**
Espresso, Kamora Coffee Liqueur, Licor 43 Liqueur, and Heavy Cream  17.5

**Barraquito**
Espresso, Licor 43 Liqueur, Sweetened
Condensed Milk, Foamed Milk, Lemon Zest  9

**Café Carajillo**
Espresso, Agustín Blázquez Felipe II Solera Reserva Brandy  12.5

# Specialty Coffee

**Featuring Artisan Roasted Joffrey's Coffee™**

**Double Espresso**  4.29

**Cappuccino**  5.59

**Iced Cold Brew**  4.99

**Nitro Cold Brew**  5.29



## Spanish Specialty Coffee

**Cortado**
Espresso, Dash of
Steamed Milk  5.29

**Café con Leche**
Espresso, Warm Milk  5.29

**Gibraltar**
A Grande Cortado  5.59

**Café Bombon**
Espresso, Sweetened
Condensed Milk  5.29

# Appetizers

**A Taste of Barcelona**
Marinated Manchego, Aceitunas, and Marcona Almonds  16

**Spanish Artisanal Cheeses**
Marcona Almonds and Membrillo Paste  14

**'Aceitunas' Marinated Olives** Ⓥ
Citrus, Garlic, and Crushed Red Pepper  8

**Hummus and Vegetables** Ⓥ
Toy Box Tomatoes, Baby Carrots, Cucumber, Shishito Peppers,
Za'atar Spice  9

**Spanish Charcutería**
Olives and Fig Jam  16

Ⓥ Made without animal meat, dairy, eggs, and honey.

©Disney  CSBL002 100924

# Wine Selections

## Vinos Dulces / Sweet Wines

*Spain: Andalucía: Jerez-Xeres*

| | 3-OZ | BOTTLE |
|---|---|---|
| Gonzalez Byass Tio Pepe Fino (750 mL) | 9 | 55 |
| Emilio Lustau Oloroso Don Nuno (750 mL) | 12 | 70 |

## Espumoso / Sparkling

| | 5-OZ | BOTTLE |
|---|---|---|
| Freixenet Blanc de Blancs Brut, Cava, Spain | 13 | 53 |
| Alma Negra Brut Nature Rose, Argentina | 13 | 53 |

## Blanco / White

| | 5-OZ | 8-OZ | BOTTLE |
|---|---|---|---|
| Marqués de Cáceres Satinela Semi-Dulce, Spain | 11 | 16 | 42 |
| Paco & Lola Albariño, Spain | 11 | 16 | 42 |
| Santa Julia Pinot Grigio, Argentina | 13 | 20 | 44 |
| Matetic "EQ" Sauvignon Blanc, Chile | 15 | 22 | 59 |
| Bodegas Muga Rioja Blanco, Spain | 13 | 19 | 53 |
| Zuccardi Q Chardonnay, Argentina | 15 | 22 | 59 |

## Rosado / Rosé

| | 5-OZ | 8-OZ | BOTTLE |
|---|---|---|---|
| Marqués de Cáceres Excellens Rosé, Spain | 11 | 16 | 43 |

## Tinto / Red

| | 5-OZ | 8-OZ | BOTTLE |
|---|---|---|---|
| Meiomi Pinot Noir, USA | 17 | 25 | 70 |
| Santa Ema Reserva Merlot, Chile | 15 | 22 | 59 |
| Bodegas Juan Gil Silver Label, Spain | 13 | 19 | 53 |
| Marqués de Murrieta Reserva, Spain | 18 | 27 | 75 |
| Zuccardi Q Cabernet Sauvignon, Argentina | 15 | 22 | 59 |
| Daou Vineyards Cabernet Sauvignon, Paso Robles | 16 | 27 | 65 |
| Tikal Natural Malbec Blend, Argentina | 21 | 31 | 65 |

## Vinos Dulces / Sweet Wines

*Spain: Andalucía*

| | 3-OZ | BOTTLE |
|---|---|---|
| Bodegas Emilio Hidalgo Pedro Ximénez (750 mL) | 10 | 64 |

*Portugal: Douro Valley*

| | 3-OZ | BOTTLE |
|---|---|---|
| Taylor Fladgate 1st Estate Finest Reserve Port (750 mL) | 9 | 53 |
| Dow's 10 yr Aged Tawny Port (750mL) | 14 | 85 |
| Fonseca 20 yr Tawny Port (750mL) | 16 | 86 |

Gratuity not included.
Applicable sales tax not included.

# Specialty Cocktails

**Gran Gin Tonic**
Fords Gin, House-made Saffron-Orange Tonic, and Soda Water  17.5

**Costa del Sol**
Hendrick's Gin, Sweet-and-Sour, Pineapple, and Fresh Fruit  15.5

**Tini Sucio**
Gin Mare, Tio Pepe Fino Sherry, and Valdeón Blue Cheese-stuffed Olives  16.5

**Santa Maria Collins**
Fords Gin, Lime, Strawberry, and Soda Water  16.5

**Spanish Margarita**
Patrón Silver Tequila, Cardenal Mendoza Angêlus Original Recipe, Lime, and Agave  17.5

**Pomelo Daiquiri**
Dos Maderas 5+5 P.X. Rum, Luxardo Maraschino Cherry Liqueur, Grapefruit, and Lime  16.5

**The Armada**
Russell's Reserve 10yr 90 Proof Kentucky Straight Bourbon, Harveys Bristol Cream Sherry, Banana Liqueur, Lemon, and Cinnamon  17.5

**Sangría-Tini**
Stolichnaya Vodka, Viña Borgia Garnacha, Combier Crème de Pêche de Vigne, and Lime  15.5

**Sangría Tinto**
Viña Borgia Garnacha, Torres Magdala Naranjas del Mediterráneo Liqueur, Simple Syrup, and Orange  15.5

**Reposado Espresso Martini**
Flecha Azul Reposado Tequila, Tia Maria Liqueur, Joffrey's™ Cold Brew Coffee  16.5

# Build-Your-Ov

**Select Your Tonic and Cho**

**Mediterranean Tonic**
*Recommended with a Citrus*

Gin Mare
Bluecoat American Dry
St. Augustine New World

**Bitter Lemon Tonic**
*Recommended with a Spice*

Hayman's Old Tom
Plymouth
Aviation American

**Light Cucumber Tonic**
*Recommended with a Dry or*

Nolet's Silver
Ginraw
Hendrick's

**Elderflower Tonic**
*Recommended with a Fresh*

The Botanist Islay Dry
Hendrick's
Magellan Iris

# Non-Alcoholi Specialty Off

**Ponche de Frutas**
Pomegranate, Sweet-and-Sour, Blackberry, Lime, and Soda Wate

**Hibiscus Mint Limonada**
Minute Maid® Premium Lemon Hibiscus-Grenadine, Mint, and



## APPETIZERS

**Shrimp Cocktail\***
Citrus-poached Shrimp with Papaya Salad and House-made Cocktail Sauce  17

**Fresh Fruit Bowl** 🌱
with Coconut-Pineapple Sorbet  15

**Seasonal Soup**
Made daily by our Chefs using seasonal ingredients  13

**Bananas Foster-style Steel-cut Oatmeal**
Served with a Freshly Baked Banana Bread Muffin  11

**Avocado Toast** 🌱
Avocado, Fire-roasted Tomatoes, and Micro Greens on Multigrain Toast  13

**Yogurt Parfait**
House-made Granola, Pineapple, Salted Caramel, and Greek Yogurt  12

**Caramelized Onion Soup Gratin**
Traditional French Onion Soup  13

## CHEF FAVORITES

**Grand Floridian Cafe Signature Burger\***
Artisanal 7-oz Burger Patty with Brie, Bacon-Pepper Jam, Roasted Garlic Aioli,
and Arugula on a Brioche Bun served with Steak Fries  26

**Traditional Eggs Benedict\***
Two-poached Eggs, Canadian Bacon, and Hollandaise on a
Toasted English Muffin served with Marinated Tomato Salad  15 

**Floridian-style Eggs Benedict\***
Two-poached Eggs, Corn Cakes, Pulled Pork, and Poblano Hollandaise served with Marinated Tomato Salad  19

**Cobb Salad**
Romaine, House-roasted Turkey, Bacon, Avocado, Tomato,
Egg, Chives, and Blue Cheese with Signature Cobb Dressing  21

## CLASSICS

**Breakfast Sandwich\***
House-made Sausage Patty, Over Easy Egg, Arugula, Roasted Red Peppers, Pickled Onion, Garlic Aioli,
and Whipped Goat Cheese on House-made Ciabatta served with Steak Fries  17

**Buttermilk-fried Chicken and Waffle**
Hand-breaded Chicken Breast and Malted Waffle with Sriracha-Honey Drizzle  27

**Steak and Eggs\***
10-oz New York Strip Steak with House-made Steak Sauce, Two Eggs-Any Style, and Cheesy Hash Brown Casserole  27

**Heirloom Apple Salad**
Baby Lettuce, Heirloom Apples, Sharp Cheddar, Pecan Brittle,
and Crispy Prosciutto with a Honey-Apple Vinaigrette  *with Marinated Grilled Chicken*  17   *with Shrimp*  19

**The Grand Breakfast\***
Two Eggs-Any Style served with Bacon, Sausage, and Cheesy Hash Brown Casserole  16

**Club Sandwich**
House-roasted Turkey, Ham, Leaf Lettuce, Tomatoes, Bacon,
Cheddar, and House Aioli served with Steak Fries  19

**Tofu Power Bowl**
Warm Ancient Grains with Bibimbap Sauce and Assorted Vegetables
*with Shrimp*  26   *with Chicken*  22

**Caesar Salad**
Romaine, Croutons, and Parmesan tossed with Caesar Dressing
*with Marinated Grilled Chicken*  16   *with Shrimp*  18

**Miso-glazed Salmon\***
Lemon-scented Sticky Rice, French Beans, and Ginger-Soy Vinaigrette  31

## PANCAKES, FRENCH TOAST, AND WAFFLES

**Passion Fruit, Guava, and Orange French Toast**
Passion Fruit, Guava, and Orange-stuffed French Toast served with Bacon or Sausage  19

**Seasonal Buttermilk Pancakes**
with Bacon or Sausage  17

**Mickey-shaped Waffle**
Malted Waffle served with Bacon or Sausage  16

Please see your Server if you have an allergy request.
An 18% gratuity is added for parties of 6 or more.
🌱 Made without animal meat, dairy, eggs, and honey.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
\*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

# 'OHANA BREAKFAST MENU

✿ Plant-based Starters and Breakfast Skillet Available Upon Request

## STARTERS

Freshly Made Pineapple-Coconut Breakfast Bread

Fresh Fruit ✿

## BREAKFAST SKILLET

Scrambled Eggs

**Pork**
*Hawaiian-style Ham with Pineapple Glaze, Breakfast Sausage Links*

**Fried Potatoes** ✿
*Island-style Potatoes*

Mickey-shaped and Stitch Character Waffles

Warm Biscuits

## SPECIALTY BEVERAGES

**Lapu Lapu**\*\*
*Planteray Original Dark Rum and Tropical Fruit Juices served in a
Fresh Pineapple and topped with Gosling's 151 Rum 21*

**Blackberry-Orange Spritz**
*Ketel One Botanical Peach & Orange Blossom Vodka,
Rockey's Botanical Liqueur, Kim Crawford
Sauvignon Blanc, Blackberry 16.5*

**Legacy Mimosa**
*Uncle Nearest 1884 Small Batch Tennessee Whiskey,
Grand Marnier Liqueur, Chateau Ste. Michelle
Sparkling Wine, Minute Maid® Orange Juice 19.5*

**Wasabi Bloody Mary**
*Absolut Peppar Vodka with our
House-made Wasabi Bloody Mary Mix 15.5*

**Cold Brew Martini**
*SelvaRey Chocolate Rum, Tia Maria Liqueur,
Joffrey's Coffee™ Cold Brew 16.5*

**Island Fusion Punch**
*Mount Gay Eclipse Rum, Minute Maid®
Passion Fruit Orange Guava Juice,
Pineapple and Lime Juices 15.5*

**Sunrise Margarita**
*Teremana Blanco Tequila, Grand Marnier Liqueur,
Hella Cocktail Co. Smoked Chili Bitters,
Lime, Agave 15.5*

## ZERO-PROOF COCKTAIL

**Lychee-Ginger Lemonade**
*Lyre's Pink London Non-Alcoholic Spirit, Lychee Syrup,
Lemonade, Lemon Juice, Ginger Beer 11.5*

## SPECIALTY COFFEE

Featuring Artisanal Roasted Joffrey's Coffee™

**100% Kona Coffee Press Pot** *10.25 (Serves Two)*

**Joffrey's Coffee™ Cold Brew** *5.29*

## NON-ALCOHOLIC SPECIALTIES

**So Many Wishes**
*Pomegranate Green Tea, Hibiscus,
Lemon, a dash of Star Dust 6.59*

**Lilo Smoothie**
*Strawberry, Chocolate 6.75*

**Stitch Smoothie**
*Coconut, Pineapple 6.75*

**Moana Smoothie**
*Watermelon, Cherry, Guava 6.75*

Please inform your Server if you have an allergy request.
✿ Made without animal meat, dairy, eggs, and honey.
An 18% gratuity is added for parties of 6 or more.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
\*\*Not included in the Dining Plan.

FYOH004 100924

© DISNEY



FINE FOOD & SPIRITS

## BOATWRIGHTS
### DINING HALL

## A FINALE FROM THE D'SERT SISTERS

*Celia & Delia D'Sert were from a very wealthy and socially vexatious family in Port Orleans. They inherited a sizeable sum from their father Jean Michael D 'Sert who made his fortune in the "sweets" business.*

### Café au Lait Pot de Crème
with Chocolate Fritters  10

### Banana Cream Pie Cheesecake
with Toasted Meringue, Caramelized Bananas, and Bols Crème de Banana Liqueur Caramel Sauce  11

### Praline-Bourbon Bread Pudding
with Pecan Praline Sauce, Bourbon-soaked Raisins, and Vanilla Ice Cream  9

### Pecan Pie Tart ☙
with Candied Pecan Crumble, Chocolate Ganache, and Vanilla Gelato  19

*Please inform your Server if you have an allergy request.*

☙ *Made without animal meat, dairy, eggs, and honey.*

# SANA

*Approved sent to print 9/8*

*Price Change Samaki Peri Peri 36-24*

## Allergy-Friendly Dinner

Guests must speak to a Cast Member about their Allergy-Friendly request. While we take steps to help nothing is completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, such as soybean oil that also process allergens. It is ultimately our Guests' discretion to make an informed choice based upon the about Allergy-Friendly requests, ask to speak with a Special Diets Trained Cast Member.

## Indian-style Bread Service

*Five Breads with Nine Accompaniments* 22

### Breads
**Allergy-Friendly Naan**
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut, Sesame, and Soy Allergies

**Onion Kulcha**
For Egg, Fish/Shellfish, Peanut/Tree Nut, and Soy Allergies

**Paneer Paratha**
For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Traditional, Garlic-Ginger, and Spiced Naan**
For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

### Accompaniments
Mango Chutney, Tomato-Date Jam, Coriander Chutney, Garlic Pickle, Red Chile Sambal, and Spicy Jalapeño-Lime Pickle
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

**Cucumber Raita**
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Red Pepper Hummus**
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Soy Allergies

**Tamarind Chutney**
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

## Appetizers

### Samosas
Potato and Pea Samosa with Tamarind and Mango Chutney 11
For Egg, Fish/Shellfish, Milk, and Peanut/Tree Nut Allergies

### Lamb Kefta
Seasoned Ground Lamb, House-made Garlic Hummus, Crispy Spiced Chickpeas, Pear Chutney, Chile Oil, and Papadam 15
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Soy Allergies

### Fenugreek-scented Tomato Soup
with Seared Paneer Cheese 10
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

### Seasonal Salad
Chermoula Quinoa, Pickled Watermelon Radish, Spice-scented Apricots, Hibiscus Onions, Smoked Pears, Roasted Sweet Potato, Caramelized Pumpkin Seeds, Tamarind Vinaigrette, and Black Sea Salt 13
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

## Entrées

### Potjie-Inspired
Choose one (1) from the Journey and one (1) from the Harvest served with Scented Basmati Rice 35

**Journey**
Braised Beef
Pork Vindaloo
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

Goan Seafood Curry
For Gluten/Wheat, Egg, Milk, Peanut, Sesame, and Soy Allergies

Butter Chicken
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Harvest**
Chickpea Wat
Sukuma Wiki
Rajma Masala
Lentil Daal
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

### Zanzibari Vegetable Curry
Seasonal Vegetables with Scented Basmati Rice 24
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut, and Sesame Allergies

### Samaki Upma Peri Peri
Seasonal Fish, Savory Indian Upma, Charred Corn Relish, Peri Peri, Chickpea Crisp, and Spring Greens 24
For Egg, Peanut/Tree Nut, Sesame, Shellfish, and Soy Allergies

### Grilled Lamb Chops*
Chermoula-marinated Lamb Loin Chops, Coconut Black Rice, Peas, Kachumbari, Mint Chutney, and Radish 37
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut, Sesame, and Soy Allergies

### Grilled New York Strip*
Sweet Plantain Kofta, African Pepper Relish, Peppadew Silk, Asparagus, and Saffron Glass 39
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut, Sesame, and Soy Allergies

*An 18% gratuity is added for parties of 6 or more.*

*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*

Disney MSA00198AF 00009924

# THE TURF CLUB
## BAR AND GRILL

# DESSERT WINE and COCKTAILS

### Chocolate Martini
Mozart Chocolate Liqueur, Stoli Vanilla Vodka,
Bols Crème de Cacao White Liqueur,
and Frangelico

### Coppo Moncalvina Moscato d'Asti, Piedmont
*fresh and aromatic with floral notes, peach and pear
overtones sweetened with honey notes*
glass 13   bottle 43

### Banfi Rosa Regale Sparkling Red, Piedmont
*slightly sweet red sparkling wine with rose petal aromas and
strawberries, raspberries, and cranberries on the palate*
glass 16   bottle 64

### Broadbent 10 year old Malmsey, Madeira
*Light and elegant with hints of coffee
mandarin, and pressed flowers*
glass 21

**Please inform your Server if you have an allergy request.**
🌱 Made without animal meat, dairy, eggs, and honey.

SSTCX03  100924

© DISNEY

# · ALE & COMPASS ·

## · SIGNATURE COCKTAILS ·

**Maple Old Fashioned**
*Old Forester Kentucky Straight Bourbon,
Maple Syrup, Orange Juice, and
Angostura Bitters* 15.5

**Spicy Pomegranate Margarita**
*El Mayor Blanco Tequila, Ancho Reyes Chile
Liqueur, Pomegranate Juice, Simple Syrup,
and Lime Juice* 16.5

## · STARTERS ·

### FOR THE TABLE

**Parker House Rolls and Spreads**
*Bacon Jam, Pub Cheese, Citrus Butter* 14

**Oven-Roasted Mussels**
*Chorizo, Onion, Corn, White Wine-Butter Sauce* 18

**Blue Crab Bisque**
*Espelette Oil, Brandy Reduction,
Jumbo Lump Crab* 14

**Fire-roasted Mozzarella**
*French Bread, Butternut Squash, Pomegranate* 11

**Wedge Salad**
*with Garlic-Peppercorn Cream, Bacon Lardons,
Tomatoes, Blue Cheese* 11

**Seasonal Market Flatbread**
*Market-inspired by the Season* 17

**Clams Casino**
*Bacon, Peppers, White Wine Herbed Butter,
Brioche* 16

**Ale & Compass Salad** 🌱
*Brussels Sprouts, Kale, Butternut Squash,
Cranberries, Maple Vinaigrette*
With Chicken 17  With Shrimp 17

## · DINNER MAIN PLATES ·

**Red Wine-braised Flat Iron**
*Silky Potatoes, Honey-glazed Carrots,
Cipollini Onions, Beef Jus* 32

**Pappardelle Pasta** 27
*Spinach, Sautéed Mushrooms, Rebel Tomatoes,
Roasted Garlic Cream, Citrus Gremolata*
With Chicken 33  With Shrimp 35

**Catch of the Day**
*Seasonally-inspired Accompaniments* 32

**New York Strip***
*Potatoes, Seasonal Vegetables, House-made
Au Poivre Sauce* 35

**'Brick' Lemon-Herb Half Chicken**
*Duck Fat-roasted Fingerling Potatoes, Broccolini,
Sautéed Wild Mushroom, Pan Jus* 27

**Corn Agnolotti** 🌱
*Fennel "Cream," Pickled Onion, Roasted Corn,
Mushroom* 22

**Bone-In Pork Chop**
*Creamed Spinach, Root Vegetables,
Red Wine-Stone Fruit Demi-glace* 33

**New England Seafood Pot Pie**
*Shrimp, Scallops, Jumbo Lump Crab,
Catch of the Day, Baby Vegetables,
Brandy-Cream Sauce, House-baked Crust* 34

### ENHANCEMENTS**

**Truffle Fries with Roasted Shallot Mayonnaise** 8
**Sautéed Shrimp** 10.5

Please inform your Server if you have an allergy request.
*An 18% gratuity is added for parties of 6 or more.*
🌱 *Made without animal meat, dairy, eggs, and honey.*
*\*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.
\*\*Not included in the Dining Plan.*



# WIND & WAVES

## DRINKS

### ❧ SPECIALTY COCKTAILS ☙

**Bloody Mary**
WÓDKA Vodka and Bloody Mary Mix  *14.5*

**Screwdriver**
WÓDKA Vodka and Orange Juice  *13.5*

### ❧ MIMOSAS ☙

**Traditional Mimosa**
Domaine Ste. Michelle Brut and Orange Juice  *15.5*

**Tropical Mimosa**
Domaine Ste. Michelle Brut, Passion Fruit, Orange, and Guava Juices  *15.5*

### ❧ WINE ☙

**Canella Bellini**  *13*

### ❧ CHILLED BEVERAGES ☙

**Minute Maid® Orange Juice, Minute Maid® Apple Juice, Minute Maid® Cranberry Juice,
or Minute Maid® Passion Fruit Orange Guava Juice**  *4.99*

**Milk**
Whole, Skim, or Chocolate  *4.99*

### ❧ COFFEE AND TEA ☙
*Featuring Freshly Brewed Joffrey's Coffee™*

**French Roast**  *4.49*

**Double Espresso**  *5.29*

**Cappuccino**  *5.29*

**Caffè Latte**  *5.29*

**Twinings® Hot Tea**  *4.49*