# Cap...'S
## ALLERGY-F... MENU

Approved 8.14.24
All verbiage
All prices
Missing
RFD

Guests must speak to a Cast Member about their Alle... ct, we cannot guarantee that any item is completely free of allergens. Our Allergy-Friendly r... ents that are processed in facilities that also process allergens. It is ultimately our Guests' dis... ry needs. For more information about Allergy-Friendly requests, a... he location.

### GLUTEN/WHEA... ALLERGY-FRIEN...

with Bacon or Sausage

Allergy-Friendly Waffles, Scrambled Eggs, Bacon, Sausage, and Breakfast Potatoes

Plant-based Sausage and Scramble served with Breakfast Potatoes and Red Peppers

Served with Brown Sugar, Raisins, and Nuts

#### KIDS' MEALS

### TREE NUT ...-FRIENDLY

...or Sausage

Allergy-Friendly Waffles, Scrambled Eggs, Bacon, Sausage, Breakfast Potatoes, and a Biscuit

Scrambled Eggs, Bacon, and Cheddar served with Breakfast Potatoes

Scrambled Eggs, Bacon, Sausage, Cheddar, Mozzarella, Parmesan, Chives, and House-made Sausage Gravy

Plant-based Sausage and Scramble served with Breakfast Potatoes and Red Peppers

Banana-stuffed Sourdough Bread, Battered, Deep-fried, and Dusted with Cinnamon-Sugar served with Bacon or Sausage

#### KIDS' MEALS

### EGG ALLERGY-FRIENDLY

with Bacon or Sausage

Plant-based Sausage and Scramble served with Breakfast Potatoes and Red Peppers

Served with Brown Sugar, Raisins, and Nuts

#### KIDS' MEALS

### SESAME ALLERGY-FRIENDLY

Mickey-shaped Waffle, Scrambled Eggs, Bacon, Sausage, and Breakfast Potatoes

Scrambled Eggs, Bacon, and Cheddar served with Breakfast Potatoes

Scrambled Eggs, Bacon, Sausage, Cheddar, Mozzarella, Parmesan, Chives, and House-made Sausage Gravy

Plant-based Sausage and Scramble served with Breakfast Potatoes and Red Peppers

Served with Brown Sugar, Raisins, and Nuts

Banana-stuffed Sourdough Bread, Battered, Deep-fried, and Dusted with Cinnamon-Sugar served with Bacon or Sausage

#### KIDS' MEALS

### FISH/SHELLFISH ALLERGY-FRIENDLY

Our location does not use any Fish/Shellfish
Please note our location does process Shrimp

### MILK ALLERGY-FRIENDLY

with Bacon or Sausage

Allergy-Friendly Waffles, Scrambled Eggs, Bacon, Sausage, and Breakfast Potatoes

Plant-based Sausage and Scramble served with Breakfast Potatoes and Red Peppers

Served with Brown Sugar, Raisins, and Nuts

#### KIDS' MEALS

### SOY ALLERGY-FRIENDLY

with Bacon or Sausage

Allergy-Friendly Waffles, Scrambled Eggs, Bacon, Sausage, and Breakfast Potatoes

Served with Brown Sugar, Raisins, and Nuts

#### KIDS' MEALS

All Kids' Meals served with Carrot Sticks, Apple Slices, and your choice of Small Lowfat Milk or Small DASANI®.

Walt Disney Parks and Resorts proudly purchases Cage-free Eggs.



# DINNER MENU

## FEATURED COCKTAILS

**Turtle Krawl**
Siesta Key White Rum, Parrot Bay Coconut Rum, and Sailor Jerry Spiced Rum with Grenadine, Pineapple, Orange, and Key Lime Juices  15.5

**Key West Freeze**
WÓDKA Vodka and Bols Melon Liqueur blended with flavors of Coconut, Pineapple, and Strawberry  13.5

## APPETIZERS

**Conch Fritters**
Served with Key Lime Mustard  15
Substitute Savory Hushpuppies with Honey Butter  12

**Shrimp Cocktail**
Jumbo Shrimp, Key West Cocktail Sauce, Tropical Slaw, and Citrus  16

**Seasonal Market Salad** ♥
Mixed Greens, Avocado, Edamame, Mandarin Orange, Quinoa, and Key Lime Vinaigrette  12

**Crab Cakes**
Pan-seared and served with Jalapeño Aïoli, Grilled Pineapple Salsa, and Chayote Slaw  15

**Soup of the Day**
Ask your Server about today's selection  10

## ENTRÉES

**Slow-cooked Prime Rib***
Roasted Garlic Mashed Potatoes and Broccolini  39
↞ Don Miguel Gascón Malbec, Mendoza ↠

**Southernmost Buttermilk Chicken**
Mashed Potatoes, Southern Gravy, Biscuit, and Seasonal Vegetables  26
↞ Cigar City Jai Alai IPA ↠

**Mojo-brined Pork**
Butter-poached Potatoes, Savory Purée, and Mustard Gastrique  32
Pineapple Mule

**West Indian Tofu and Coconut Curry** ♥
Mango-Coconut Curry, Crisp Vegetables, Jasmine Rice, and Cilantro  24
↞ Opici Family White Sangria ↠

**Bacon Jam Cheeseburger***
Cheddar, Crispy Onions, Avocado, and Bacon Jam with House-made Key West Ketchup and Aïoli  25
↞ Key West Sunset Ale ↠

**Captain Wahoo's Catch of The Day***
Ask your Server for today's catch  Market Price
↞ Kim Crawford Sauvignon Blanc, Marlborough ↠

**Mahi Mahi***
Mahi Mahi with Fingerling Potatoes, Corn Succotash, Chorizo, Citrus Butter, and Corn Silk  33
↞ Torre di Luna Pinot Grigio, Delle Venezie, Italy ↠

**Shrimp and Grits**
Cheesy Shits, Creole Sauce, and Andouille Sausage  31
↞ Sonoma-Cutrer Chardonnay, Russian River Ranches ↠

Please inform your Server if you have an allergy request.
An 18% gratuity is added for parties of 6 or more.
♥ Made without animal meat, dairy, eggs, and honey.

*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

# · TEA ·

**Twinings® Hot Tea**
Large Leaf Discovery Hot Tea Collection

**London Strand Earl Grey**
A sunny twist on our original Earl Grey. Black China tea scented with a blend of traditional bergamot and a twist of other citrus notes and real lemon peels.   4.49

**Golden Tipped English Breakfast**
Golden tipped Ass, for a strong and bold depth of flavour and a rounded body.   4.49

**Pure Sencha Green Tea**
The fresh and pure flavour of steamed large-leaf green tea.   4.49

**Golden Caramel Rooibos**
Caffeine-free, rich Rooibos with a hint of sweet caramel flavour.   4.49

**Budding Meadow Camomile**
Rich, mellow camomile with naturally sweet notes.   4.49

**Medley of Mint**
The perfect blend of spearmint and peppermint for a refreshing, uplifting taste.   4.49

YCAC006  100924                                                    ©Disney

# THREE BRIDGES
## Bar & Grill

## ALLERGY-FRIENDLY MENU

Guests must speak to a Cast Member about their Allergy-Friendly request. While we take steps to help mitigate cross-contact, we cannot guarantee that any item is completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, such as soybean oil, and/or ingredients that are processed in facilities that also process allergens. It is ultimately our Guests' discretion to make an informed choice based upon their individual dietary needs. For more information about Allergy-Friendly requests, ask to speak with a Special Diets Trained Cast Member upon arrival at the location.

### SPREADABLE / DIPPABLE / SHAREABLE

**Crispy Chicken Wings**
sweet-and-spicy gochujang sauce  15
For Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, and Sesame Allergies

**Roasted Corn Dip**
roasted corn / smoked tomato "aïoli" /
"parmesan" / chili-lime / tortilla chips  12
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies

**House-made Guacamole**
tortilla chips / chili-lime  12
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies

**Patacon**
crispy tostones / chicken tinga / cilantro
crema / cotija cheese / pico de gallo  14
For Gluten/Wheat, Fish/Shellfish, Peanut/
Tree Nut, Sesame, and Soy Allergies

**White Queso Dip**
chorizo / roasted peppers / tortilla chips  14
For Gluten/Wheat, Egg, Fish/Shellfish,
Peanut/Tree Nut, and Sesame Allergies

### ENTRÉES

**Plancha-seared Mahi Mahi and Shrimp***
basmati rice / bok choy / thai red coconut-curry sauce / mint  29
For Gluten/Wheat, Egg, Milk, Peanut, Sesame, and Soy Allergies

**Steak Frites***
char-grilled market steak /
smoked paprika fries / chimichurri  27
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies

**Chicken Mole**
chimichurri yuca fries /
rich mole poblano sauce / radish  ~~22~~ 24
For Gluten/Wheat, Egg, Fish/Shellfish,
and Sesame Allergies

**Villa del Lago Wedge Salad**
crispy chickpeas / marinated tomatoes /
radish / blue cheese crumbles /
avocado-buttermilk dressing  14
For Gluten/Wheat, Fish/Shellfish,
Peanut/Tree Nut, Sesame, and Soy Allergies
with chicken  18
For Gluten/Wheat, Fish/Shellfish, Milk [replaced from Peanut/Tree Nut],
Sesame, and Soy Allergies
with plancha-seared shrimp  20
For Gluten/Wheat, Peanut/Tree Nut,
Sesame, and Soy Allergies

**Poke Bowl**
basmati rice / mango rum-coconut-lime sauce /
vegetable melee / sriracha "aïoli" /
grilled pineapple
with marinated tuna*  26
For Gluten/Wheat, Egg, Milk,
Peanut, and Shellfish Allergies
with ginger-shrimp  24
For Gluten/Wheat, Egg, Fish,
Milk, Peanut, and Sesame Allergies
with tofu  20
For Fish/Shellfish and Peanut Allergies

**Three Bridges Signature Burger***
pineapple salsa / Oaxaca cheese /
tamarind mustard / arugula /
bacon / beer-battered onion ring  ~~20~~ 22
For Fish/Shellfish, Peanut/Tree Nut,
Sesame, and Soy Allergies

**Pork Carnitas Tacos**
tomatillo salsa verde / chipotle-pineapple salsa /
house salsa / cotija cheese / pickled vegetables /
black beans and rice  21
For Gluten/Wheat, Egg, Milk [replaced from Fish/Shellfish],
Peanut/Tree Nut, Sesame, and Soy Allergies



Apalachee High

# BOATWRIGHT'S
### FOOD & SPIRITS
### DINING HALL

## COCKTAILS

**Hurricane**
Bayou Silver Rum, Captain Morgan
Original Spiced Rum, Orange, Pineapple,
and Lime Juices with Grenadine and
a float of Myers's Dark Rum  15.5

## APPETIZERS

**Pimento Cheese Fritters**
House-made Pimento Cheese Fritters
with Pepper Jelly  12

**French Onion Soup Au Gratin**
Reminiscent to Pierre D'Orr's Home Village
Gruyère and Caramelized Onions in a rich
Sherry Beef Broth with a Toasted Crouton  10

**Jambalaya Farro Salad** 🌱
Lettuce Blend, Marinated Olives, Tomato,
Cucumbers, Artichokes, and Jambalaya Farro
tossed in Creole Vinaigrette  11

**Louisiana BBQ Shrimp**
Sautéed Shrimp in Tangy Sauce
on Toasted Bread  16

## ENTRÉES

**Taste of the Bayou All-You-Care-To-Enjoy Platter**
Bourbon-glazed Pork Ribs, Crispy Chicken, Smoked Sausage,
Beef Brisket, Mashed Potatoes, Macaroni & Cheese,
Roasted Corn, and Seasonal Vegetable  30 per person
❦ *Columbia Crest H3 Merlot, Columbia Valley* ❦

**Seafood Boil**
Shrimp, Clams, Crab, and Andouille Sausage with Corn on the Cob
and Potatoes simmered in Beer Court Bouillon served with Toasted Bread  36
❦ *Chalk Hill Chardonnay, Sonoma Coast* ❦

**Red Beans and Rice** 🌱
Red Beans simmered with Plant-based Sausage,
Peppers, Onions, and Celery served over Rice
with Cornbread  25
❦ *McMurray Pinot Noir, Central Coast* ❦

**Crispy Chicken**
Buttermilk-battered Chicken Breast,
Red Beans and Rice, Collard Greens,
and Pickled Vegetables  26
🍺 *Abita Amber Lager* 🍺

**Boatwright's Jambalaya**
A New Orleans dinnertime favorite!
A Slow-cooked Spicy Shrimp, Andouille Sausage,
and Chicken served with Rice  27
❦ *Dr. Loosen Dr. L Riesling, Mosel-Saar-Ruwer* ❦

**Shrimp and Grits**
Shrimp and Andouille Sausage served
with Spicy Chardonnay Cream Sauce
over Creamy Charleston-style Grits  28
❦ *(Infamous Moose) Sauvignon Blanc, Marlborough* ❦

**Grilled Salmon**
Grilled Salmon and Shrimp with
Sherry Cream Sauce, Mushrooms and
Thyme Rice, and Seasonal Vegetables  30
*Blackened upon request*
❦ *King Estate Pinot Gris, (Apalachee High)* ❦

**Roasted Prime Rib***
Slow-roasted Prime Rib topped with
Cajun Butter served with Mashed Potatoes
and Seasonal Vegetables  32
*Blackened upon request*
❦ *Don Miguel Gascón Malbec, Mendoza* ❦

## ENHANCEMENTS**

Louisiana Grilled Shrimp  10        Fried Okra  5.5        Red Beans and Rice 🌱 5.5

*Please inform your Server if you have an allergy request.*
*An 18% gratuity is added for parties of 6 or more.*
🌱 *Made without animal meat, dairy, eggs, and honey.*
*This item is cooked to Guest preference and may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, (shellfish), or eggs may increase your risk of foodborne illness.
**Not included in the Dining Plan.



QR code changes between approved + adjusted in system proir to being sent to Ops

approved

# GEYSER PO[INT]
## BAR & GRIL[L]

*Approved 8.14.24*

*Red - verbiage "s" is separate from "allergie" in Steak Sandwich*

## ALLERGY-FRIENDLY [MENU]

Guests must speak to a Cast Member about their Allergy-Friendly request. While we take steps to [ensure] that any item is completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils [that are] processed in facilities that also process allergens. It is ultimately our Guests' discretion to make an [informed decision based on their individual] needs. For more information about Allergy-Friendly requests, ask to speak with a Special Diets Tr[ained Cast Member].

## LIGHT FARE

**HANDCRAFTED CHARCUTERIE  18**
For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**CRISPY 'PEKING' RIBS  19**
Tossed in a Peking Sauce, Cashews
For Gluten/Wheat, Egg, and Milk Allergies

**SHRIMP ON A WIRE  14**
Soy-Lime Vinaigrette, Togarashi, Shishito Peppers, and Chili Aïoli
For Fish, Milk, and Peanut/Tree Nut Allergies

**CHARCUTERIE FLATBREAD  17**
Salami, Brisket, Chorizo, Bacon, Smoked Gouda Beer Cheese
For Egg, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**HANDCRAFTED CRAB CAKES  15**
House Spicy Slaw
For Fish, Milk, and Peanut/Tree Nut Allergies

**MACARONI & "CHEESE" BITES  11**
"Cheezy" Bites, Tomato, and Peppers
For Egg, Milk, Fish/Shellfish, Peanut, Sesame, and Soy Allergies

**GEYSER CHICKEN WINGS  15**
Choice of Teriyaki, Thai Chili, or Sriracha Buffalo
For Gluten/Wheat, Egg, Fish/Shellfish, and Peanut/Tree Nut Allergies

**EDAMAME WITH CHILI SALT  5**
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, and Peanut/Tree Nut Allergies

## RUSTIC FARE

**BISON CHEESEBURGER*  25**
Bacon, Sweet Crispy Onion Straws, Marionberry Sauce, Lettuce, Tomato, and Garlic Aïoli on an Allergy-Friendly Bun served with French Fries
For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**TURKEY BLT SANDWICH  19**
Black Peppercorn Turkey, Cheese, Candied Bacon, Avocado Purée
For Fish/Shellfish and Peanut Allergies

**MULTIGRAIN SALAD WITH SALMON OR STEAK*  20**
Mixed Greens, Wild Rice, Bell Peppers, Sesame Vinaigrette
For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut, and Shellfish Allergies

**MULTIGRAIN SALAD WITH CHICKEN OR TOFU  17**
Mixed Greens, Wild Rice, Bell Peppers, Sesame Vinaigrette
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, and Peanut/Tree Nut Allergies

**VEGETABLE BURGER WITH "CHEESE"  22**
Spicy Slaw, Pepper Jack "Cheese," Lettuce, and Tomato
For Egg, Fish/Shellfish, Milk, Peanut, and Sesame Allergie s

**STEAK SANDWICH  22**
Smoked Gouda Sauce, Roasted Red Bell Pepper, Arugula, Caramelized Onions, Pretzel Roll
For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**CRISPY CHICKEN SANDWICH  20**
Sweet Chili Glaze, Spicy Slaw, Lettuce and Tomato
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness. Applicable sales tax not included.