# LUNCH

## ALLERGY-FRIENDLY MENU

Guests must speak to a Cast Member about their Allergy-Friendly request. While we take ste[ps to] guarantee that any item is completely free of allergens. Our Allergy-Friendly recipes may use [...] or ingredients that are processed in facilities that also process allergens. It is ultimately our [Guest's choice to make a decision] based upon their individual dietary needs. For more information about Allergy-Friendly requ[ests, please speak to a] Cast Member upon arrival at the location.

*[Handwritten note: Red / Allergen discrepancy: Stack Burger]*

## APPETIZERS

**French Onion Soup**
A rich savory Broth infused with Sherry, Port and Cabernet, Crou[tons ...]
*For Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and [Soy Allergies]*

**Baby Iceberg Wedge Salad**
House-made Blue Cheese Dressing,
Toy Box Tomatoes, Pickled Red Onions,
Bacon, Hard-cooked Egg   11
*For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut,
Sesame, and Soy Allergies*

**Sea S[callops]**
Butter, Roasted Garlic-Tomato Spread   12
*For Fish/Shellfish, Peanut/Tree Nut, and
Sesame Allergies*

**Fork & Knife Caesar Salad**
Caesar Dressing, Shaved Parmesan   10
*For Gluten/Wheat, Peanut/Tree Nut, Sesame,
Shellfish, and Soy Allergies*

**Bacon & Eggs***
Maple-lacquered Pork Belly,
Smoked Cheese Grits, Perfect Egg   15
*For Gluten/Wheat, Fish/Shellfish,
Peanut/Tree Nut, Sesame, and Soy Allergies*

**Steakhouse 71 Onion Rings**
Hand-breaded with Spicy "Ranch" Dipping Sauce   10
*For Egg, Fish/Shellfish, Milk, Peanut/Tree Nut,
and Sesame Allergies*

**Lump Crab Cake**
Old Bay Rémoulade, Corn Hash   16
*For Peanut/Tree Nut and Sesame Allergies*

**Shrimp Cocktail**
Shrimp poached in a Citrus-White Wine Fumé,
Cocktail Sauce, Chive Oil   17
*For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut,
Sesame, and Soy Allergies*

**Steakhouse 71 Chopped Salad**
Chopped Iceberg, Cucumbers, Grape Tomatoes,
Carrots, Dried Cranberries, Goat Cheese,
White Balsamic Vinaigrette   11
*For Gluten/Wheat, Egg, Fish/Shellfish,
Peanut/Tree Nut, Sesame, and Soy Allergies*

## ENTRÉES

*Burgers and Sandwiches served with choice of Petite Caesar Salad, Parmesan Fries, or Pasta Salad*

**Petite Caesar Salad**
*For Gluten/Wheat, Peanut/Tree Nut,
Sesame, Shellfish, and Soy Allergies*

**Parmesan Fries**
*For Gluten/Wheat, Egg, Fish/Shellfish,
Peanut/Tree Nut, and Sesame Allergies*

**Pasta Salad**
*For Egg, Fish/Shellfish, Peanut/Tree Nut,
Sesame, and Soy Allergies*

**Prime Rib Sandwich**
Shaved Prime Rib, Caramelized Onions, Herb Aïoli,
Provolone, Arugula, Horseradish Cream,
Allergy-Friendly Bun   22
*For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut,
and Sesame Allergies*

**Gourmet Grilled Cheese**
Toasted Brioche, Gruyère, Smoked Gouda,
Shredded Pork Belly, Arugula,
Caramelized Onion Jam   17
*For Fish/Shellfish, Peanut/Tree Nut and Sesame Allergies*

**Stack Burger***
Signature Beef Blend, Pork Belly, American Cheese,
Lemon Aïoli, Red Onion, House-made Pickles,
Allergy-Friendly Bun   24
*For Gluten/Wheat, Fish/Shellfish,
Milk, and Sesame Allergies*

**Steak "Frites"***
Hanger Steak, Garlic-Parmesan Waffle Fries,
Truffle Aïoli   28
*For Gluten/Wheat, Fish/Shellfish,
Peanut/Tree Nut, and Sesame Allergies*

**Turkey Club**
Oven-roasted Turkey, Applewood-smoked
Bacon, Lettuce, Tomato,
Allergy-Friendly Bread   17
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies*

**Vegetable "Wellington"**
Mushroom Duxelles and Fire-roasted Artichokes
wrapped in Puff Pastry, Romesco,
Brussels Sprouts   27
*For Egg, Fish/Shellfish, Milk, Peanut, and Sesame Allergies*

**Grilled Chicken Sandwich**
Herbed Aïoli, Mozzarella, Avocado, Bacon   19
*For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Gochujang-glazed Salmon***
Rice, Stir-fry Vegetables   27
*For Gluten/Wheat, Milk, Peanut/Tree Nut,
and Shellfish Allergies*

An 18% gratuity is added for parties of 6 or more.
🌱 Plant-based items available upon request.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

*Handwritten notes (top left):*
Red:
- Price - $2.50
- allergy
  Fish/shellfish → peanut

# Beaches & Cream SODA SHOP

## Allergy-Friendly Menu

*Please speak with a Special Diets Trained Cast Member about their Allergy-Friendly request. While we take steps to help mitigate cross-contact, we cannot guarantee a meal will be completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils and other ingredients that are processed in facilities that also process allergens. It is ultimately the Guest's choice based upon their individual dietary needs. For more information, please speak with a Special Diets Trained Cast Member upon arrival at the restaurant.*

## Entrées

### ANGUS BEEF BURGER*
with Lettuce and Tomato on an Allergy-Friendly Bun served with choice of French Fries, Potato Tots, or Fresh Fruit  23
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

### BEACHES & CREAM GRILLED CHEESE
with Creamy Tomato Soup  18
Add Bacon or Ham  5 each
Tomato Soup may be substituted with French Fries, Potato Tots, or Fresh Fruit
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

### REUBEN SANDWICH
Corned Beef, Sauerkraut, Swiss Cheese, and Thousand Island Dressing on Marbled Rye Bread served with choice of French Fries, Potato Tots, or Fresh Fruit  20
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

### IMPOSSIBLE™ BURGER
Plant-based Patty, Plant-based Mayonnaise, and Seasonal Vegetable Relish on an Allergy-Friendly Bun served with choice of French Fries, Potato Tots, or Fresh Fruit  23
For Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

### FRENCH DIP SANDWICH
Thinly Sliced Roast Beef, Swiss Cheese, and Au Jus on an Allergy-Friendly Bun served with choice of French Fries, Potato Tots, or Fresh Fruit  22
For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

### CHEDDAR-BACON-RANCH CHICKEN SANDWICH
with Sautéed Onion, Lettuce, and Tomato on an Allergy-Friendly Bun served with choice of French Fries, Potato Tots, or Fresh Fruit  21
For Gluten/Wheat, Fish/Shellfish, and Peanut/Tree Nut Allergies

### BOWL OF CHILI
Topped with Cheese and Green Onions  10
For Gluten/Wheat, Egg, Peanut/Tree Nut, and Sesame Allergies

## Sweet Endings

### COOKIE FRIES WITH DIPPING SAUCE
Cookie Fries with Assorted Dips  8.5
For Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

### OLD-FASHIONED SUNDAE
Soy-based Frozen Dessert with choice of one of the following toppings: Marshmallow, Strawberry, Pineapple, Peanut Butter, or Chocolate Syrup topped with Toasted Almonds and a Cherry
Two-Scoops  9.25  Three-Scoops  10
Extra Toppings  1 each
For Gluten/Wheat, Egg, Fish/Shellfish, Sesame, and Milk Allergies

*Handwritten: -.25*

### BROWNIE À LA MODE
Allergy-Friendly Brownie, Hot Fudge, and Vanilla Ice Cream topped with Whipped Cream, Chocolate Sprinkles, and a Cherry  9.25
For Gluten/Wheat, Peanut, and Sesame Allergies

*Handwritten: Fish/shellf*

### NO WAY JOSE
A Peanut Butter and Hot Fudge delight featuring Chocolate and Vanilla Ice Cream, Peanut Butter and Chocolate Morsels, Whipped Cream, and a Cherry  13.5
For Gluten/Wheat, Fish/Shellfish, Sesame, and Tree Nut Allergies

*An 18% gratuity is added for parties of 6 or more.*
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*

# KONA CAFE
## ALLERGY-FRIENDLY LUNCH

*Guests must speak to a Cast Member about their Allergy-Friendly request. While we to we cannot guarantee that any item is completely free of allergens. Our Allergy-Frien such as soybean oil, and/or ingredients that are processed in facilities that also p Guests' discretion to make an informed choice based upon their individual dietary Allergy-Friendly requests, ask to speak with a Special Diets Trained Cast Memb*

*[Handwritten notes: Approved / approved printed / -price - $19 → $17 / (+) Milk allergen → Shrimp tempura / RED / Kona 4pm Lunch 8/19]*

## APPETIZERS

### CRISPY PORK-VEGETABLE POT STICKER
Soy-Mirin Velouté  13
For Egg, Fish/Shellfish, and Peanut/Tree Nut Allergies

### GLAZED CHICKEN WINGS
Sticky Mirin-Teriyaki Wing Sauce  15
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

### BAO BUNS
Sake-infused Korean Barbecue Pork, Pickled Vegetables, Sriracha Aïoli  12
For Fish/Shellfish, Milk, and Peanut/Tree Nut Allergies

## SUSHI ROLLS

### RAINBOW ROLL*
Tuna, Salmon, Shrimp, Hamachi, Crab, Cucumber, Avocado  25
For Gluten/Wheat, Milk, Peanut/Tree Nut, and Sesame Allergies

### SPICY TUNA ROLL*
Ahi Tuna, Spicy Mayonnaise, Cucumber  17
For Gluten/Wheat, Milk, Peanut/Tree Nut, and Shellfish Allergies

### SHRIMP FIRE CRACKER ROLL*
Tempura Shrimp, Crab, Tuna, Avocado, Cucumber, Chili Sauce  28
For Peanut/Tree Nut Allergies

### CALIFORNIA ROLL
Crab, Yuzu Mayonnaise, Cucumber, Avocado  18
For Gluten/Wheat, Fish, Milk, Peanut/Tree Nut, and Sesame Allergies

### SHRIMP TEMPURA
Shrimp Tempura, Avocado  19
For Fish, Milk, Peanut/Tree Nut, and Sesame Allergies

### HAMACHI TUNA ROLL*
Hamachi, Tuna, Avocado, Jalapeño, Cilantro, Ponzu  21
For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut, Sesame, and Shellfish Allergies

### VEGETABLE NIGIRI
Chef's choice of five (5) pieces of Nigiri  16
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

*An 18% gratuity is added for parties of 6 or more.*
*\*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*

*Handwritten annotations (top left):*
- Delivered version
- Seasonal Market Chicken Sandwich Milk added
- Salmon Flatbread price change

# ALE & COMPASS

## ALLERGY-FRIENDLY LUNCH MENU

Guests must check out their Allergy-Friendly request. While we take steps to help mitigate cross-contact, we cannot guarantee completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, and may contain ingredients that are processed in facilities that also process allergens. It is ultimately our Guests' informed choice based upon their individual dietary needs. For more information about ingredients, please speak with a Special Diets Trained Cast Member upon arrival at the location.

### · STARTERS ·

**Jumbo Lump Crab Cake** 15
Stone Ground Mustard Cream, Lemon Emulsion, Succotash, Greens
*For Fish, Peanut/Tree Nut, and Sesame Allergies*

**Clams Casino** 16
Bacon, Peppers, White Wine Herbed Butter, Brioche
*For Egg, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Parker House Rolls and Spreads** 14
Bacon Jam, Pub Cheese, Citrus Butter
*For Egg, Fish, Peanut/Tree Nut, and Sesame Allergies*

**Blue Crab Bisque** 14
Espelette Oil, Brandy Reduction, Jumbo Lump Crab
*For Gluten/Wheat, Egg, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Fire-roasted Mozzarella** 11
French Bread, Butternut Squash, Pomegranate
*For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

### · SALADS & FLATBREADS ·

**Ale & Compass Salad** 13
Brussels Sprouts, Kale, Butternut Squash, Cranberries, Maple Vinaigrette
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut, Sesame, and Soy Allergies*

**Wedge Salad** 11
with Garlic-Peppercorn Cream, Bacon Lardons, Tomatoes, Blue Cheese
*For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies*

**Seasonal Market Flatbread** 17
Market-inspired by the Season
*For Egg, Fish/Shellfish, Peanut, Sesame, and Soy Allergies*

**Smoked Salmon Flatbread*** 15
Smoked Salmon, Roasted Fennel Soubise, Egg Custard, Crispy Capers
*For Peanut/Tree Nut, Sesame, Shellfish, and Soy Allergies*

### · LUNCH MAIN PLATES ·

**Cheddar Burger*** 25
Applewood-smoked Bacon, Tomato, Avocado, Pickles, Sunny Side Up Egg, Herbed Mayonnaise on a House-made Bun
*For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies*

**Chicken and Waffles** 20
Crispy Fried Chicken, Savory Waffles, Cranberry Maple Syrup
*For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Beer-battered Fish & Chips** 20
with House-made Vinegar Chips and Lemon-Caper Tartar Sauce
*For Peanut/Tree Nut, Sesame, and Shellfish Allergies*

**Steak and Egg*** 21
Sirloin Steak, Poached Egg, Red Flannel Hash, Brown Butter Hollandaise
*For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Crab Cake Benedict*** 19
Poached Eggs, Jumbo Lump Crab Cakes, Arugula, Lemon-Herb Hollandaise
*For Fish, Peanut/Tree Nut, and Sesame Allergies*

**Protein Bowl** 23
Plant-based Eggs, Plant-based Sausage, Quinoa, Ch[redacted] Tomato Sauce
*For Gluten/[redacted] Shellfish, Milk, Peanut/Tre[redacted] d Soy Allergies*

**Seasonal Market Chicken Sandwich** 16
Market-inspired by the Season
*For Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies*

An 18% gratuity is added for parties of 6 or more.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

©Disney YCAC016AF 100924

Handwritten notes (top left):
- P/T added; Sesame removed
- Milk added; P/T removed
- Tree Nut Removed
- Bvst Dinn App 9/11

# BOATWRIGHTS DINING HALL
## FINE FOOD & SPIRITS

## ALLERGY-FRIENDLY MENU

[Guests should inform Cast Members] about their Allergy-Friendly request. While we take steps to help mitigate cross-contact, [we cannot guarantee that any menu item is] completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, [and include ingr]edients that are processed in facilities that also process allergens. It is ultimately our [Guests' inf]ormed choice based upon their individual dietary needs. For more information about [allergies, please ask] to speak with a Special Diets Trained Cast Member upon arrival at the location.

## APPETIZERS

**Pimento Cheese Fritters**
House-made Pimento Cheese Fritters with Pepper Jelly 12
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**[Jambalaya] Farro Salad**
Lettuce Blend, Marinated Olives, Tomato, Cucumbers, Artichokes, and Jambalaya Farro tossed in Creole Vinaigrette 11
For Egg, Fish/Shellfish, Milk, **Peanut/Tree Nut, and Soy Allergies**

**French Onion Soup Au Gratin**
Reminiscent to Pierre D'Orr's Home Village
Gruyère and Caramelized Onions in a rich Sherry Beef Broth with an Allergy-Friendly Toasted Crouton 10
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Louisiana BBQ Shrimp**
Sautéed Shrimp in Tangy Sauce on Toasted Bread 16
For Egg, Peanut/Tree Nut, and Sesame Allergies

## ENTRÉES

**Taste of the Bayou All-You-Care-To-Enjoy Platter**
Bourbon-glazed Pork Ribs, Crispy Chicken, Smoked Sausage, Beef Brisket, Mashed Potatoes, Macaroni & Cheese, Roasted Corn, and Seasonal Vegetable 37 per person
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Seafood Boil**
Shrimp, Clams, Crab, and Andouille Sausage with Corn on the Cob and Potatoes simmered in Beer Court Bouillon served with Toasted Bread 36
For Egg, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Red Beans and Rice**
Red Beans simmered with Plant-based Sausage, Peppers, Onions, and Celery served over Rice with Cornbread 25
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut, Sesame, and Soy Allergies

**Crispy Chicken**
Buttermilk-battered Chicken Breast, Red Beans and Rice, Collard Greens, and Pickled Vegetables 26
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Boatwright's Jambalaya**
A New Orleans dinnertime favorite!
A Slow-cooked Spicy Shrimp, Andouille Sausage, and Chicken served with Rice 27
For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut, and Sesame Allergies

**Shrimp and Grits**
Shrimp and Andouille Sausage served with Spicy Chardonnay Cream Sauce over Creamy Charleston-style Grits 28
For Gluten/Wheat, Egg, Peanut/Tree Nut, Sesame, [and Soy Allergies]

**[Roaste]d Prime Rib***
[Slow-roasted] Prime Rib topped with [Cajun] Butter served with Mashed Potatoes and Seasonal Vegetables 39
*Blackened upon request*
For **Gluten/Wheat**, Egg, Fish/Shellfish, **Milk, Sesame,** and Soy Allergies

**Grilled Salmon**
Grilled Salmon and Shrimp with Sherry Cream Sauce, Mushroom and Thyme Rice, and Seasonal Vegetables 30
*Blackened upon request*
For Egg, Peanut/Tree Nut, Sesame, and Soy Allergies

## DESSERTS

**Café au Lait Pot de Crème**
with Chocolate Fritters 10
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Praline-Bourbon Bread Pudding**
with Pecan Praline Sauce, Bourbon-soaked Raisins, and Vanilla Ice Cream
For Fish/Shellfish, Peanut, [Sesame,] and Soy Allergies

**Banana Cream Pie Cheesecake**
with Toasted Meringue, Caramelized Bananas, and Bols Crème de Banana Liqueur Caramel Sauce 11
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Pecan Pie Tart**
with Candied Pecan Crumble, Chocolate Ganache, and Vanilla "Gelato" 10
For Gluten/Wheat, Egg, Fish/Shellfish, **Milk, Peanut/Tree Nut,** and Sesame Allergies

*An 18% gratuity is added for parties of 6 or more.*
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*

POBW00LAF 100924

© DISNEY

*Handwritten annotations:*
- Delivered
- Chicken & Waffles — Milk added
- Protein bowl Price change
- Approved sent to Print 9/8
- Price + Allergy

# & COM

## FRIENDLY BREAK

Guests must speak to a Cast Member about their Allergy-Friendly request. While we take steps to help mitigate cross-contact, we can guarantee that any item is completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, such as soybean oil, and/or ingredients that are processed in facilities that also process allergens. It is ultimately our Guests' discretion to make an informed choice based upon their individual dietary needs. For more information about Allergy-Friendly requests, ask to speak with a Special Diets Trained Cast Member upon arrival at the location.

## · BREAKFAST MAIN PLATES ·

**American Breakfast** 17
Scrambled Eggs, Breakfast Potatoes, Mickey-shaped Waffles, choice of Bacon or Sausage
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Dark Chocolate Waffles** 16
Dried Cherry Compote, Espresso-Mascarpone Cream, Chocolate Shavings, choice of Bacon or Sausage
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Chicken and Waffles** 20
Crispy Fried Chicken, Savory Waffles, Cranberry-Maple Syrup
For Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

**Shrimp and White Cheddar Grits*** 23
Poached Eggs, Chorizo, Charred Tomato Stew
For Gluten/Wheat, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Steak and Egg** 21
Sirloin Steak, Poached Egg, Red Flannel Hash, Brown Butter Hollandaise
For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Cheddar Burger*** 25
Applewood-smoked Bacon, Tomato, Avocado, Pickles, Sunny Side Up Egg, Herbed Mayonnaise on a House-made Bun
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**New England Breakfast Quiche** 16
Roasted Mushroom and Herbed Cheese Quiche, Roasted Tomatoes, Baked Beans
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Smoked Salmon Flatbread*** 19
Smoked Salmon, Roasted Fennel Soubise, Egg Custard, Crispy Capers
For Peanut/Tree Nut, Shellfish, Sesame, and Soy Allergies

**Protein Bowl** 20
Plant-based Eggs, Plant-based Sausage, Quinoa, Chard, Roasted Tomato Sauce
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

**Seasonal French Toast** 16
Brioche Bread, choice of Bacon or Sausage
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Crab Cake Benedict*** 19
Poached Eggs, Jumbo Lump Crab Cakes, Arugula, Lemon-Herb Hollandaise
For Fish, Peanut/Tree Nut, and Sesame Allergies

---

An 18% gratuity is added for parties of 6 or more.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

©Disney YCAC003AF 100924

# SANAA

## Allergy-Friendly Lunch



*Delivered Menu*

*Paneer Paratha*
*Milk added*
*peanut/treenut removed*

Guests must speak to a Cast Member about their Allergy-Friendly request. While we take steps to help mitigate [...] is completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, such as soybean oil, and [...] that also process allergens. It is ultimately our Guests' discretion to make an informed choice based upon their i[...] about Allergy-Friendly requests, ask to speak with a Special Diets Trained Cast Member u[...]

### Indian-style Bread Service
*Five Breads with Nine Accompaniments* 22

**Breads**
Traditional, Garlic-Ginger,
and Spiced Naan
For Egg, Fish/Shellfish, Peanut/Tree Nut,
Sesame, and Soy Allergies

Onion Kulcha
For Egg, Fish/Shell[...]ut,
and S[...]

Allergy-F[...]
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut, Sesame, and Soy Allergies

Paneer Paratha
For Egg, Fish/Shellfish, Milk,
Sesame, and Soy Allergies

**Accompaniments**
Mango Chutney, Tomato-Date Jam, Coriander Chutney,
Garlic Pickle, Red Chile Sambal, and Spicy Jalapeño-Lime Pickle
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies

Red Pepper Hummus
For Gluten/Wheat, Egg, Fish/Shellfish,
Milk, Peanut/Tree Nut, and Soy Allergies

Cucumber Raita
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut,
Sesame, and Soy Allergies

Tamarind Chutney
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, and Sesame Allergies

### Appetizers

**Samosas**
Potato and Pea Samosa with
Tamarind and Mango Chutney   11
For Egg, Fish/Shellfish, Milk,
and Peanut/Tree Nut Allergies

**Lamb Kefta**
Seasoned Ground Lamb, House-made
Garlic Hummus, Crispy Spiced Chickpeas,
Pear Chutney, Chile Oil, and Papadam   15
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, and Soy Allergies

**Fenugreek-scented Tomato Soup**
with Seared Paneer Cheese   10
For Gluten/Wheat, Egg, Fish/Shellfish,
Peanut/Tree Nut, Sesame, and Soy Allergies

**Seasonal Salad**
Chermoula Quinoa, Pickled Watermelon Radish,
Spice-scented Apricots, Hibiscus Onions, Smoked Pears,
Roasted Sweet Potato, Caramelized Pumpkin Seeds,
Tamarind Vinaigrette, and Black Sea Salt   13
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, and Sesame Allergies

### Entrées

**Potjie-Inspired**
Choose one (1) from the Journey and one (1) from the Harvest. Served with Scented Basmati Rice.   35

**Journey**
Braised Beef
Pork Vindaloo
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies

Goan Seafood Curry
For Gluten/Wheat, Egg, Milk, Peanut, Sesame, and Soy Allergies

Butter Chicken
For Gluten/Wheat, Egg, Fish/Shellfish
Peanut/Tree Nut, Sesame, and Soy Allergies

**Harvest**
Chickpea Wat
Sukuma Wiki
Rajma Masala
Lentil Daal
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies

**Sanaa Burger***
Spiced Mustard and Peppadew-Goat Cheese   22
For Egg, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Samaki Upma Peri Peri**
Seasonal Fish, Savory Indian Upma, Charred
Corn Relish, Peri Peri, Chickpea Crisp,
and Spring Greens   36
For Egg, Peanut/Tree Nut, Sesame, Shellfish, and Soy Allergies

**Tandoori Chicken**
Traditional Naan, Rocket, Pickled Onion,
Tomato, and Sambal Mayonnaise   21
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Zanzibari Vegetable Curry**
Seasonal Vegetables with Fragrant Rice   24
For Gluten/Wheat, Egg, Fish/Shellfish,
Milk, Peanut, and Sesame Allergies

An 18% gratuity is added for parties of 6 or more.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

©Disney ALSAo7AF 100923

# ALE & C

## ALLERGY-FRIENDLY

Guests must speak to a Cast Member about their Allergy-Friend[ly]
we cannot guarantee that any item is completely free of allerg[ens]
such as soybean oil, and/or ingredients that are processed
Guests' discretion to make an informed choice based upon
Allergy-Friendly requests, ask to speak with a Special D[iet]

*[handwritten: chicken + waffles milk added]*
*[handwritten: protein bowl price change]*
*[handwritten: Approved 9/8]*

## BREAKFAST MAIN PLATES

**American Breakfast** 17
Scrambled Eggs, Breakfast Potatoes, Mickey-shaped Waffles, choice of Bacon or Sausage
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Dark Chocolate Waffles** 16
Dried Cherry Compote, Espresso-Mascarpone Cream, Chocolate Shavings, choice of Bacon or Sausage
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Chicken and Waffles** 20
Crispy Fried Chicken, Savory Waffles, Cranberry-Maple Syrup
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies
*[handwritten: Ø Milk]*

**Shrimp and White Cheddar Grits*** 23
Poached Eggs, Chorizo, Charred Tomato Stew
For Gluten/Wheat, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Steak and Egg*** 21
Sirloin Steak, Poached Egg, Red Flannel Hash, Brown Butter Hollandaise
For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Cheddar Burger*** 25
Applewood-smoked Bacon, Tomato, Avocado, Pickles, Sunny Side Up Egg, Herbed Mayonnaise on a House-made Bun
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**New England Breakfast Quiche** 16
Roasted Mushroom and Herbed Cheese Quiche, Roasted Tomatoes, Baked Beans
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Smoked Salmon Flatbread*** 19
Smoked Salmon, Roasted Fennel Soubise, Egg Custard, Crispy Capers
For Peanut/Tree Nut, Shellfish, Sesame, and Soy Allergies

**Protein Bowl** 23 *[handwritten: — Price change]*
Plant-based Eggs, Plant-based Sausage, Quinoa, Chard, Roasted Tomato Sauce
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

**Seasonal French Toast** 16
Brioche Bread, choice of Bacon or Sausage
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Crab Cake Benedict*** 19
Poached Eggs, Jumbo Lump Crab Cakes, Arugula, Lemon-Herb Hollandaise
For Fish, Peanut/Tree Nut, and Sesame Allergies

An 18% gratuity is added for parties of 6 or more.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

# ALE & COMPASS

## ALLERGY-FRIENDLY DINNER

Guests must speak to a Cast Member about their Allergy-Friendly request. While we [obscured], we cannot guarantee that any item is completely free of allergens. Our Allergy-Frien[obscured] such as soybean oil, and/or ingredients that are processed in facilities that also p[obscured] Guests' discretion to make an informed choice based upon their individual dieta[obscured] Allergy-Friendly requests, ask to speak with a Special Diets Trained Cast Mem[obscured]

### STARTERS

**FOR THE TABLE**
**Parker House Rolls and Spreads** 14
Bacon Jam, Pub Cheese, Citrus Butter
For Egg, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Oven-roasted Mussels** (15)
Chorizo, Corn, Onion, White Wine-Butter Sauce
For Egg, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Blue Crab Bisque** 14
Espelette Oil, Brandy Reduction, Jumbo Lump Crab
For Gluten/Wheat, Egg, Peanut/Tree Nut, Sesame, and Soy Allergies

**Fire-roasted Mozzarella** 11
French Bread, Butternut Squash, Pomegranate
For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Wedge Salad** 11
with Garlic-Peppercorn Cream, Bacon Lardons, Tomatoes, Blue Cheese
For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**Seasonal Market Flatbread** 17
Market-inspired by the Season
For Egg, Fish/Shellfish, Peanut, Sesame, and Soy Allergies

**Clams Casino** 16
Bacon, Peppers, White Wine Herbed Butter, Brioche
For Egg, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Ale & Compass Salad** 13
Brussels Sprouts, Kale, Butternut Squash, Cranberries, Maple Vinaigrette
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut, Sesame, and Soy Allergies

### DINNER MAIN PLATES

**Red Wine-braised Flat Iron** 36
Silky Potatoes, Honey-glazed Carrots, Cipollini Onions, Beef Jus
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Sesame, and Soy Allergies

**Pappardelle Pasta** 27
Spinach, Sautéed Mushrooms, Rebel Tomatoes, Roasted Garlic Cream, Citrus Gremolata
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**With Chicken** 33
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**With Shrimp** 35
For Fish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Catch of the Day** 32
Seasonally-inspired Accompaniments
For Gluten/Wheat, Egg, Peanut, Sesame, and Soy Allergies

**New York Strip*** 39
Potatoes, Seasonal Vegetables, House-made Au Poivre Sauce
For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**'Brick' Lemon-Herb Half Chicken** 27
Duck Fat-roasted Fingerling Potatoes, Broccolini, Sautéed Wild Mushroom, Pan Jus
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Corn Agnolotti** 22
Fennel "Cream," Pickled Onion, Roasted Corn, Mushroom
For Egg, Fish/Shellfish, Milk, Peanut, and Sesame Allergies

**Bone-In Pork Chop** 33
Creamed Spinach, Root Vegetables, Red Wine-Stone Fruit Demi-glace
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**New England Seafood Pot Pie** (30)
Shrimp, Scallops, Jumbo Lump Crab, Catch of the Day, Baby Vegetables, Brandy-Cream Sauce, House-based Crust
For Peanut/Tree Nut, Sesame, and Soy Allergies

An 18% gratuity is added for parties of 6 or more.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients. Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.

©Disney YCAC008AF 100924

---

Handwritten sticky note:
Red Wine Flat Iron
milk added

Mussels price
decrease $3

Pot Pie
decrease $4



Handwritten notes:
- Approved — approved printed
- price — $26 → $23
- allergen — (+) Milk in Southernmost Chicken entree
- Olivia's Breakfast — No price (+) Milk
- ** removed from Sides
- ROD
- Olivia's Brunch AFM 8/30

# Olivia's

## ALLERGY-FRIENDLY BRUNCH

Guests must speak to a Cast Member about their Allergy-Friendly request. While we take steps to help [ensure] any item is completely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, such [as...] processed in facilities that also process allergens. It is ultimately our Guests' discretion to make an in[formed decision regarding their] dietary needs. For more information about Allergy-Friendly requests, ask to speak with a Special Diets Tr[ained Cast Member].

## APPETIZERS

**Shrimp Cocktail**
Jumbo Shrimp, Key West Cocktail Sauce, Tropical Slaw, and Citrus 16
For Gluten/Wheat, Fish, Milk, Peanut/Tree Nut, and Sesame Allergies

**Tropical Fruit**
Chef-inspired offering served with Açai Pudding 14
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut, Sesame, and Soy Allergies

**Conch Fritters**
Served with Key Lime Mustard 15
For Peanut/Tree Nut and Sesame Allergies
Substitute Savory Hushpuppies with Honey Butter 12
For Fish, Milk, Peanut/Tree Nut, and Sesame Allergies

## ENTRÉES

**Southernmost Buttermilk Chicken**
Served with choice of Scrambled Eggs, Olivia's Breakfast Potatoes, Biscuit, and Southern Gravy 26
or
Mashed Potatoes, Southern Gravy, Biscuit, and Seasonal Vegetables 23
For Fish, Milk, Peanut/Tree Nut, and Sesame Allergies

**Crab Cake-Eggs Benedict***
Poached Eggs and Crab Cakes on a Buttermilk Biscuit with Key Lime Hollandaise served with Olivia's Breakfast Potatoes 26
For Fish, Peanut/Tree Nut, and Sesame Allergies

**Banana Bread French Toast**
Topped with a Bahamian Banana-Rum Syrup, Crème Anglaise, and Whipped Cream served with choice of Bacon or Sausage 19
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Buttermilk Pancakes**
Served with Scrambled Eggs and choice of Bacon or Sausage 16
For Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Sombrero Beach Omelet**
Ham, Green Peppers, Onions, and Cheddar with Sour Cream and Pico de Gallo served with Olivia's Breakfast Potatoes and Allergy-Friendly Toast 17
For Gluten/Wheat, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Seared Salmon Salad***
Mixed Greens, Quinoa, Avocado, Mandarin Orange, Edamame, and Key Lime Vinaigrette 17
For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut, Sesame, and Shellfish Allergies

**Caesar Salad with Chicken**
Grilled Chicken and Chopped Romaine tossed with Parmesan, House-made Croutons, and Caesar Dressing 15
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies
Substitute Shrimp 17
For Fish, Peanut/Tree Nut, and Sesame Allergies

**Olivia's Breakfast***
Two Eggs-Any Style and Olivia's Breakfast Potatoes served with Allergy-Friendly Toast and choice of Bacon or Sausage
For Gluten/Wheat, Fish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

**Papa's Hash**
Potatoes, Spinach, Plant-based Sausage, Plant-based Frittata, and Tomatoes 16
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies

**Blackened Fish Tacos***
Mahi Mahi with Tropical Slaw, Avocado Crema, Cilantro, Lime, and French Fries 21
For Peanut/Tree Nut, Sesame, and Shellfish Allergies

**Bacon Jam Cheeseburger***
Cheddar, Crispy Onions, Avocado, and Bacon Jam with House-made Key West Ketchup and Aïoli 25
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

## SIDES **

**Bacon** 5.5
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

**Sausage** 5.5
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

**Olivia's Breakfast Potatoes** 5.5
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Grits** 5.5
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

**Buttermilk Biscuit** 5.5
For Egg, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

An 18% gratuity is added for parties of 6 or more.
Walt Disney Parks and Resorts proudly purchases cage-free eggs.
*This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.
Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.
**Not included in the Dining Plan.

© Disney

OKOC004AF 100924

*Handwritten notes (left margin):*
Red
- price decrease
  - 54
  - 12
Broccolini → Broccoli

4 allergy errors

Dinner AFM
8/26/24

# Livius

## Allergy-Friendly Dinner Menu

*...their Allergy-Friendly request. While we take steps to help mitigate cross-contact, ...ely free of allergens. Our Allergy-Friendly recipes may use highly refined oils, ...s that are processed in facilities that also process allergens. It is ultimately our ...d choice based upon their individual dietary needs. For more information about ...eak with a Special Diets Trained Cast Member upon arrival at the location.*

### APPETIZERS

**Crab Cakes**
Pan-seared and served with Jalapeño Aïoli,
Grilled Pineapple Salsa, and Chayote Slaw 15
For Fish, Milk, Peanut/Tree Nut, and Sesame Allergies

...15
...lergies
...Hushpuppies with Honey Butter 12
For Fish, Peanut/Tree Nut, and Sesame Allergies

**Shrimp Cocktail**
Jumbo Shrimp, Key West Cocktail Sauce,
Tropical Slaw, and Citrus 16
For Gluten/Wheat, Fish, Milk,
Peanut/Tree Nut, and Sesame Allergies

**Seasonal Market Salad**
Mixed Greens, Avocado, Edamame, Mandarin Orange,
Quinoa, and Key Lime Vinaigrette 12
For Gluten/Wheat, Egg, Fish/Shellfish, Milk,
Peanut/Tree Nut, and Sesame Allergies

### ENTRÉES

**Slow-cooked Prime Rib*** 
Roasted Garlic Mashed Potatoes and Broccoli 35
For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies

*(handwritten: Broccolini -4, 39)*

**Mojo-brined Pork**
Butter-poached Potatoes, Savory Purée,
and Mustard Gastrique 32
For Gluten/Wheat, Fish/Shellfish, Milk,
Peanut/Tree Nut, Sesame, and Soy Allergies

*(handwritten: +egg)*

**Southernmost Buttermilk Chicken**
Mashed Potatoes, Southern Gravy, Biscuit,
and Seasonal Vegetables 26
For Egg, Fish, Peanut/Tree Nut, and Sesame Allergies

**Bacon Jam Cheeseburger***
Cheddar, Crispy Onions, Avocado, and Bacon Jam
with House-made Key West Ketchup and Aïoli 25
For Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies

**West Indian Tofu and Coconut Curry**
Mango-Coconut Curry, Crisp Vegetables,
Jasmine Rice, and Cilantro 24
For Gluten/Wheat, Egg, Fish/Shellfish,
Peanut/Tree Nut, and Sesame Allergies

*(handwritten: +milk)*

**Mahi Mahi***
Mahi Mahi with Fingerling Potatoes, Corn Succotash,
Chorizo, Citrus Butter, and Corn Silk 33
For Gluten/Wheat, Egg, Peanut/Tree Nut,
Sesame, and Shellfish Allergies

**Shrimp and Grits**
Cheesy Grits, Creole Sauce,
and Andouille Sausage 31
For Gluten/Wheat, Egg, Fish, Peanut/Tree Nut,
and Sesame Allergies

### DESSERTS

**Ice Cream Sundae**
Ice Cream, Chocolate Sauce, and Mickey Sprinkles 5
For Gluten/Wheat, Egg, Peanut/Tree Nut, Sesame, and Soy Allergies

*(handwritten: -2)*

**Mixed Berries** 5.5
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

**Chocolate Fudge Brownie**
with Chocolate Ganache, Dehydrated Strawberries, Mixed Berries, and a Berry Sauce 9
For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies

*An 18% gratuity is added for parties of 6 or more.*
🌱 *Plant-based options available upon request.*
**This item is cooked to Guest preference and/or may contain raw or undercooked ingredients.*
*Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness.*

OKOC010AF 100924                                                                                      ©DISNEY

# DINNER
## ALLERGY-FRIENDLY MENU

### ENTRÉES

#### STEAKHOUSE CUTS*
Served with choice of one (1) Side and one (1) Sauce

**8-oz Beef Tenderloin Medallions** 42
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**6-oz Top Sirloin Steak** 32
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**8-oz Filet Mignon** 41
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**14-oz Dry-aged Pork Bone-In Rib Chop** 34
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**10-oz New York Strip** 38
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**12-oz Roasted Prime Rib** 39
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

### SAUCES
Experience with a Flight of all five (5) Sauces** 6

**Signature Steakhouse 51**
*For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut, Shellfish, and Soy Allergies*

**Red Wine**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Salsa Verde**
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

### SIDES

**Red Wine-glazed Mushrooms**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Seasonal Vegetables**
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Sesame, and Soy Allergies*

**Charred Asparagus**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Cream of Corn**
*For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Add Cheddar Cheese, Scallions, or Bacon** 4
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

### ENHANCEMENTS**

**Shrimp** 12
*For Gluten/Wheat, Egg, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Oscar** 15
*For Gluten/Wheat, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Fish of the Day***
Risotto-style Orzo, White Wine Cream Sauce, Butternut Squash Purée 31
*For Egg, Milk, Peanut/Tree Nut, Sesame, and Shellfish Allergies*

**Pan-seared Chicken**
Mozzarella and Prosciutto-stuffed, Mashed Potatoes, Seasonal Vegetables, Chardonnay-Mustard Sauce 28
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Vegetable "Wellington"**
Mushroom Duxelles and Fire-roasted Artichokes wrapped in Puff Pastry, Romesco, Brussels Sprouts 27
*For Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies*

Disney CTSH008AF 100924

---

**Handwritten notes (sticky note):**

Red

1) wrong size filet (should be 6oz)
2) Steakhouse "51" (under Sauces)
3) Seasonal vegetables: Missing Peanut/Tree nut and should be milk
4) Fish of the Day — NO milk ~~Tree nut~~
5) Vegetable Wellington: ~~Missing Soy~~ added "tree nut"