r/socialanxiety • 6 mo. ago
East_Rooster262

## Reaching the end?

I have social anxiety and I am asexual, two traits that make me an outcast.

Since I'm quiet and avoid confrontation, all my life I've assumed people looked at me as a nice guy, not in the bad way either, just a legitimate nice guy they can be comfortable around.

Reality? I'm almost 40 and just realized I might try to act nice, but I come off as an asshole. I was recently fired from my job for having a panic attack. The people involved in firing me treated me like a criminal. Me, who is afraid of everyone and just wants to blend into the background. I was blown away how absolutely nobody cared about me. Not one person from work reached out to check on me. I'm sure part of the reason is because I'm a man and everyone just assumed I don't need anyone, maybe the other part was because I'm an awkward asshole. I have no friends, no work connections, nothing. I've already determined I will never work again. Nobody cares about me.

I started seeing a psychiatrist and behavioral therapist but my firing made me realize it's all too late. I randomly think of events from my past, everything is my fault. I've ruined every relationship because I can't fit in, because of my social anxiety. I don't even blame people for treating me poorly, I deserved it.

Every day since I was fired I sit around fuming, planning revenge because I feel so wronged. But then I remember that maybe they aren't the problem, maybe it's me. I've always been afraid of everybody, but it's everybody that's been afraid of me.

I hate being stereotyped as a guy. I'm not a normal guy. I need to be checked on. I always just assumed that strangers would be comfortable with me. I see so maybe girls posting stories about creepy guys on TikTok. I don't want to be part of that stereotype. I'm too afraid to talk to you and even if I did I don't want to have sex with you. Do I need to wear a shirt that says this?

It's my whole life, I've had it wrong.

Not sure where to go from here. Not really sure what I'm trying to get out of posting this. Maybe I'll read any comments maybe I won't, depends how uncomfortable I feel.

↑ 7 ↓    💬 0    Share

**Be the first to comment**
Nobody's responded to this post yet. Add your thoughts and get the conversation going.