Dear Judge Sneed,

My name is Andrew Scheuer, and I'm writing on behalf of my brother, Mike Scheuer. We grew up together, shared a room as kids, and went to the same schools from elementary through college. Growing up, I had the chance to see the kind of person Mike was—someone who was hardworking, respectful, and dedicated to the things he cared about.

Back in high school, we were both in the marching band at St. Edward in Lakewood. Mike was a drummer like me, and we even joined an independent drumline together called Matrix in Akron. I got to see firsthand how reliable he was—he showed up, put in the effort, and got along with everyone. He was never the loudest or the most outgoing, but he was steady, respectful, and always willing to do his part.

After college, Mike moved to Florida to join the Disney College Program, and I went my own way with the military. He ended up building a life down there, working at Disney, getting married, and raising three daughters. Over the years, I've had the opportunity to see him with his daughters, and it's clear that he is a caring and devoted father. Whether it was playing with them, teaching them things, or simply being present, I could tell how much they meant to him. I also saw him interact with my own two daughters, and it was obvious that he had a natural patience and kindness with kids.

Mike has never been the type to seek out trouble or cause problems. He's always been responsible and committed to his family and career. While I don't know every detail of his current situation, I do know the brother I grew up with—a person who worked hard, treated people well, and put his family first.

Carol Scheuer
1480 Queen Annes Gate
Westlake, OH 44145
3/30/2025

Re: Sentencing of Michael Scheuer

Dear Judge,

I am writing to you as Michael Scheuer's sister-in-law and friend. I have known Michael since 1992, and in all those years, I have seen firsthand the kind, caring, and loving person he is. Michael is a devoted husband, a wonderful father, and an uncle who has always played a positive role in the lives of my children. I respectfully ask for leniency as you consider his sentencing.

Michael has never been in trouble with the law before. He has always been low-key, responsible, and family-oriented. However, what many of us did not know until recently is that he has been struggling with clinical depression for the last couple of years. He and his wife kept this struggle private, and unfortunately, we were unaware of the depth of his pain. Had we known, we would have done everything in our power to support him. Despite his internal battles, when he is not suffering from depression, Michael is a dedicated father and a wonderful husband who loves his family dearly.

Michael's three young daughters need their father. They need his presence, his love, and his guidance as they grow up. I truly believe that with the right mental health support and a chance to rebuild, he can move forward as a better person. I ask you to consider these factors as you decide his future.

Thank you for taking the time to read my letter and consider my request.

Sincerely,
Carol Scheuer

I am writing to express my strong support for my brother, Michael Scheuer, as you consider his sentencing.

Years ago, Mike impressed me when he made the bold decision to leave Ohio and move to Florida to join The Walt Disney World Company. He began his journey in the Magic Kingdom College Program, working in the custodial department. After earning his degree from Kent State in Ohio, he chose to make Florida his permanent home, determined to build a successful future. Meeting Allison, starting a family together, and earning his MBA were significant milestones that demonstrated his growth and dedication—qualities that made both me, as his older brother, and our parents incredibly proud.

Seeing the life he built, it's clear that he has struggled with serious mental health challenges that contributed to the decisions that brought him before you.

I respectfully ask that you consider the impact a lengthy sentence would have on his wife and children, who need him in their lives. I am confident that, if given the chance, Mike will not only work diligently to make amends but also actively prioritize his mental health.

Thank you for your time and consideration. I sincerely hope that Mike is given the chance to rebuild his life and continue being the dedicated husband, father, and community member he has worked so hard to become.

Respectfully,

February 11, 2025

To whom it may concern,

I first met Michael Scheuer in the spring of 2014 when my niece, Allison Scheuer, introduced me to him. I immediately liked Mike seeing him as kind, gentle, caring young man who would make a good match for my niece who possesses these same fine qualities. As Allison's aunt, I had witnessed the deep bond she shared with my daughters, her cousins, and the sweet friendship between them. I also witnessed the devastating effect Allison's brother's death had on her when they were just teenagers and, as a result, my natural protective instincts would be on high alert when meeting someone Allison was dating. But, it was easy to let my guard down when I met Mike for the first time as I could see that he would make a fine partner for Allison. It was obvious that Mike and Allison shared an inner kindness and he would never be the type to take advantage of her gentle and considerate nature. They had a shared vision of a happy life together that would include settling down and raising a family. Mike had all the qualities that would make him the wonderful husband that Allison deserved and a great father for their future children.

At their wedding on December 6, 2015, the presiding priest shared a story of the affection that Mike had developed for Allison's cat, Almonzo, and wove it into the ceremony as a way to show the couple's commitment to one another. Mike's devotion to Allison and Almonzo has only deepened and expanded to include his three daughters and Honey Bunny, a newer household pet.

Anytime I have seen Mike interact with his wife and daughters, his delight in them has been obvious. He clearly puts their needs before his and prides himself as being a protector and provider for his beautiful and loving family. When he felt his ability to take care of his family was being compromised, I am sure he felt panic. Lucky is the person who never felt insecure in their employment, fearful that their world could collapse due to the incomprehensible loss of a job. With all the financial pressures on young families today, it is hard to imagine how deeply the impact of losing your income must feel.

Sincerely,

Jayne Speechley Boyle

March 3, 2025

Your Honor, my name is Ellie Scheuer, and I am Michael's mother.

During his 22 years that Michael lived with us, he demonstrated kindness, respectfulness and a strong work ethic. He excelled academically and stayed out of trouble both at school and home. He obtained his Master's degree while employed full-time and residing alone in Florida.

Michael had a goal; it was to work for Disney. He began the college program at Disney as a janitor, then became a private contractor, and ultimately a full-time Disney employee. When Covid happened, he was laid off. After being laid off for more than a year, Disney decided to eliminate his position. After another year of unemployment, he eventually obtained another job with Disney.

He experienced profound disappointment when he was terminated three days after returning from paternity leave. After Michael exhausted all means to contact Disney, questioning his termination and receiving no response. Mentally he went into a spiral downfall.

Michael's anxiety, depression, and insufficient medication may have influenced his actions. Michael has acknowledged his mistakes and expressed remorse. He also told me that he needs professional help for his depression and anxiety, as well as a proper diagnosis.

Michael's wife, Allison, is facing health issues and having difficulty caring for their three daughters, all under six years old. We are concerned for Allison and the children, as their only nearby support in Florida is Allison's elderly mother.

Please take into consideration the extenuating circumstances and Mike's true character when determining sentence.

Thank you, your Honor, for your time

Ellie Scheuer

Dear Judge,

I am reaching out in hopes that you can better understand who Mike Scheuer is as an individual. Mike made bad choices, but he is not a bad person.

Mike is a wonderful father and husband! He is the center of the universe for his immediate family- his three daughters- Bianca (4), Anastasia (5), Diana (1) and his courageous wife, Allison.

Mike has been more involved in raising his children than most men. He would wake up at night to feed his newborn daughter, Diana, so his wife could get adequate sleep. He would make sure to continue to be involved with daily feedings, diaper changes and taking care of his other daughters so Allison would not have to carry the parenting load all on her own.

Whenever Bianca and Anastasia are upset, Mike is the person they run to for comfort and care. With the absence of Mike, it has been extremely difficult for the girls. They cry daily as their safety person- the person that has always been there for them- is no longer there.

Mike has been there every day since each of the girls have been born- for every milestone, every hug and kiss, every cry and scrape- and has only provided love and care to each of them.

Mike has no prior criminal convictions. He was raised into an absolutely wonderful family- with supportive parent and siblings. I am married to his brother and my husband exemplifies similarities to Mike. He is very involved in our marriage and our kids, and those values have been instilled in both sons by his parents.

I couldn't have asked to be married into a better family. I hear so many stories of horrible marriages, horrible in-laws and I can proudly say I am honored to be part of the Scheuer family.

Based on Raising Children's Network, the most important years in a child's life are the first five years. Mike's daughters fall within this category and the events of your decision in this case will have a profound impact on these girls and how their life will be affected.

Both of the older girls, Bianca and Anastasia, extremely miss their dad. They are both very smart and understand that something is wrong. The girls are absolute sweethearts and my heart breaks for them as they continue to struggle daily with the current situation.

In closing, I don't understand why Mike did the things that he did, but I know in my heart that he loves his girls and his wife and their world is shattered without him.

Thank you for your time and consideration.

-Mariana Scheuer

March 28, 2025

Dear Judge Sneed,

My name is Robert (Bob) Scheuer and I am the father of Michael Scheuer. The purpose of this letter is to give you context and a character reference concerning my son, Michael. Michael has always been a kind and trustworthy individual. He has always shown to his mother and me a sense of good morals and to be a righteous person. He was for a time a very conservative person until later in life when he got married. Michael was never a problem child at home, at school or in the community. He has never been jailed or even arrested. He has been a shy, quiet individual for most of his life. Academically, he always maintained average to above average grades. In his senior year at St. At Edwards High School, he created an impressive flyer for the Cleveland Browns, featuring their logo. It was so good that his teacher had a hard time believing he did it. Throughout his elementary schooling and high school Mike participated in various bands as a percussionist. He also became involved in the Matrix Drum Line. Following his high school graduation, he attended and graduated from Kent State University.

His ambition and dream were to ultimately work for Disney. His first position at Disney was being a Grounds Maintenance Employee. He swept up trash, cleaned washrooms and other janitorial jobs. He felt this was truly his chance to start from the ground and work his way up to management. While working at Disney World, Mike earned his MBA. He felt this would allow him to apply for management positions. He started as a Team Member and then became manager of various departments. Around October 2018, Mike was given the position of Financial Systems Analyst. Another position he held around 2022 was an IT troubleshooter for the computers that were installed on the newest cruise ship, the Disney Wish. Most if not all this work was from his computers at his house due to Covid.

Unbeknownst to my wife and me, Mike has had mental and depression issues for the past 3 years. He was aware of his problem and had even checked himself into a facility to get help. At that time he was told he might have Asperger's which he didn't tell us about until about 6 weeks ago.

He has always been dedicated to his family and to Disney. My wife and I do not condone his actions. Mike told me, my wife and his wife that he is very remorseful and has cooperated fully with law enforcement. He has expressed a deep regret for his actions and willingness to accept responsibility and to do his best to pay restitution.

I ask you please for leniency when sentencing Mike. He needs mental health help and he needs his family, not a prolonged prison sentence. Mike has been a caring husband to his wife Allison, who has several serious health issues. Allison needs her husband home. Mike is fun loving dad to his three young daughters who miss him terribly and are extremely anxious to have him home again.

Thank you for your time and consideration,

Bob Scheuer

Dear Judge Sneed:

    My name is Alice Highet. I am Michael Scheuer's mother-in-law and have been for almost ten years. I would never have imagined I'd be writing to a judge on his behalf. I have the same feelings today regarding Mike as I did when our daughter, Allison, introduced us in 2013. He has always been a responsible, dependable person. He is a devoted husband and the greatest dad to his 3 little girls.
    My husband, Ed, and I were thrilled when Allison and Mike married. We could not have chosen a better man to entrust our one and only child. He has always shown respect and kindness towards everyone. Mike works hard, went back to school for his master's degree and provided for his family. He had led an exemplary life. Now I know him as a loving father, a supportive husband. He has read bedtime stories every night to my little granddaughters. He is involved in their day to day activities and played along with them in all their little girl games. When he left for work in the morning, the girls would wave and blow kisses to him until the garage door shut. The saying is true, "No one in this world can love a girl more than her father". I did not have this growing up. So for me, as the girl's Nana, it's terribly difficult to see it happening to them. Mike and Allison's lives revolved completely around their girls.
    When he was fired from his job, it was a devastating blow. He had just returned to work after family leave. They had a new baby. They were going to lose health insurance and have no income. When the FBI men held us all at the house for hours while searching thru every drawer, closet and possession they owned, it was traumatic. And, it is still a disturbing memory for all of us. When the FBI came back to take him on Oct. 24th calling for Mike on a megaphone, my terrified daughter called me to get to the house right away.
    It is just me and her. There are no other relatives in Florida. I will be 73 in June. Her dad passed away several years ago and I cannot be of financial help. Allison is not a healthy person. She suffers with many medical issues and autoimmune illnesses. She sees a neurologist, endocrinologist, rheumatologist and more on a regular basis. She is determined to home school the girls.
    I cannot imagine what they will do without Mike. We all need him. I see the family struggling day in and day out . Baby Diana was only 7 months old and now just turned one. She will not even remember her dad. The older girls will be turning 5 and 6. They do not understand why their daddy is missing. Mike was involved in their day to day activities. He took part in their care from the moment they were born. He was always gentle with them and had unending patience.
    I know this man. He is a quiet, reserved person. Mike has never, ever been in any type of trouble nor have any of us. He is kind, humble, loyal and protective. I plead with everything in me for leniency in sentencing. I pray they can somehow recover from this when Mike is allowed to return home. Although he is overcome with regret and remorse, he will do absolutely everything that is required of him. He will work tirelessly to rebuild their lives and be a positive example to his children for the rest of his life.

Thank you.
Alice Highet