# Exhibit 1

# DINNER

## ALLERGY-FRIENDLY MENU

## ENTRÉES

### STEAKHOUSE CUTS*

*Served with choice of one (1) Side and one (1) Sauce*

**8-oz Beef Tenderloin Medallions** 42
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**6-oz Top Sirloin Steak** 32
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**8-oz Filet Mignon** 41
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**14-oz Dry-aged Pork Bone-In Rib Chop** 34
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**10-oz New York Strip** 38
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

**12-oz Roasted Prime Rib** 39
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

### SAUCES

*Enhance your experience with a Flight of all five (5) Sauces\*\* 6*

**Signature Steakhouse 51**
*For Gluten/Wheat, Egg, Milk, Peanut/Tree Nut, Sesame, Shellfish, and Soy Allergies*

**Béarnaise**
*For Gluten/Wheat, Peanut/Tree Nut, Sesame, Shellfish, and Soy Allergies*

**Red Wine**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Whipped Horseradish Cream**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Salsa Verde**
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, Sesame, and Soy Allergies*

### SIDES

**Mashed Potatoes**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Red Wine-glazed Mushrooms**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Au Gratin Potatoes**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Seasonal Vegetables**
*For Gluten/Wheat, Egg, Fish/Shellfish, Milk, Sesame, and Soy Allergies*

**Macaroni & Cheese**
*For Egg, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies*

**Charred Asparagus**
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Creamed Spinach**
White Wine Mornay Sauce
*For Egg, Fish/Shellfish, Peanut/Tree Nut, and Sesame Allergies*

**Cream of Corn**
*For Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Add Cheddar Cheese, Scallions, or Bacon** 4
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

### ENHANCEMENTS**

**Shrimp** 12
*For Gluten/Wheat, Egg, Fish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Oscar** 15
*For Gluten/Wheat, Peanut/Tree Nut, Sesame, and Soy Allergies*

---

**Fish of the Day***
Risotto-style Orzo, White Wine Cream Sauce, Butternut Squash Purée  31
*For Egg, Milk, Peanut/Tree Nut, Sesame, and Shellfish Allergies*

**Pan-seared Chicken**
Mozzarella and Prosciutto-stuffed, Mashed Potatoes, Seasonal Vegetables, Chardonnay-Mustard Sauce  28
*For Gluten/Wheat, Egg, Fish/Shellfish, Peanut/Tree Nut, Sesame, and Soy Allergies*

**Vegetable "Wellington"**
Mushroom Duxelles and Fire-roasted Artichokes wrapped in Puff Pastry, Romesco, Brussels Sprouts  27
*For Egg, Fish/Shellfish, Milk, Peanut/Tree Nut, and Sesame Allergies*