UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:25-cr-5-JSS-DCI

MICHAEL SCHEUER

## SATISFACTION OF JUDGMENT

Defendant Michael Scheuer has paid the special assessment and restitution imposed in his Judgment. Therefore, the Clerk of the United States District Court for the Middle District of Florida will mark these criminal monetary penalties as satisfied.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation Program/cll
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6048
Facsimile: (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on May 13, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and sent a copy by first-class mail to the following non-CM/ECF participant:

Michael Scheuer
Winter Garden, FL 34787

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
